# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>        Plaintiffs,<br><br> v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>        Defendants,<br> and<br><br>AMERICAN PETROLEUM INSTITUTE, et al.,<br><br>       Intervenor-Defendants. | No. 8:20-cv-03060-DLB |

**JOINT NOTICE AND JOINT MOTION FOR AMENDED SCHEDULING ORDER**

In accordance with the Court's December 7, 2021, order, *see* ECF No. 81, Plaintiffs Sierra Club, Center for Biological Diversity, Friends of the Earth, and Turtle Island Restoration Network; Federal Defendants National Marine Fisheries Service and Janet Coit in her official capacity as the Assistant Administrator for National Oceanic and Atmospheric Administration Fisheries; and Intervenor-Defendants American Petroleum Institute, EnerGeo Alliance, National Ocean Industries Association, and Chevron U.S.A., Inc. (collectively, "Parties") submit the following joint notice. In addition, the Parties jointly move the Court for a scheduling order amending the notice deadline set forth in the Court's prior order. *Id*.

The Parties previously filed a joint proposed case management schedule on September 2, 2021. *See* ECF No. 78. In it, the Parties acknowledged that Federal Defendants have filed a certified administrative record, which Plaintiffs have been diligently reviewing. The Parties agreed, however, that additional time was needed before the Parties could proceed to summary

1

judgment briefing in order for Plaintiffs to complete their review of the relevant documents and for the Parties to negotiate any disputes regarding the alleged completeness of the administrative record, and the Court entered an order instructing the Parties to file a notice regarding the status of those discussions on or before December 3, 2021. *See* ECF No. 79. On December 3, 2021, the Parties informed the Court that discussions regarding the administrative record were ongoing and moved the Court for a scheduling order to update the notice deadline set forth in the Court's prior order, *see* ECF No. 80, and the Court entered an order instructing the Parties to file another notice regarding the status of those discussions on or before February 4, 2022. *See* ECF No. 81.

Since then, the Plaintiffs and Federal Defendants have been involved in a good faith effort to resolve various issues related to the administrative record in this case and have made significant progress towards resolving any lingering disputes. However, the Plaintiffs and Federal Defendants believe that additional time is necessary to continue this dialogue, and that additional good-faith discussions may resolve or significantly narrow any disputes regarding the record's completeness.

The Parties accordingly propose that on or before March 15, 2022, the Parties shall file a notice with the Court indicating either 1) that the Parties require additional time to continue their negotiation; 2) that the Parties are prepared to proceed with summary judgment briefing; or 3) that, despite a good faith effort by the Parties to resolve any disputes about the administrative record's completeness without the Court's intervention, Plaintiffs will file a motion challenging the record's completeness. In the event of motion practice, the Parties will include with the notice a proposed schedule for briefing the relevant motion.

WHEREFORE, the Parties respectfully request that this Court enter the above proposed deadline under L.R. 103.9.a.

Respectfully submitted this 4th day of February, 2022.

/s/ Christopher D. Eaton
Christopher D. Eaton (D. Md. Bar 21544)
Grace Bauer (*pro hac vice*)
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340 Telephone
415-217-2040 Fax
ceaton@earthjustice.org
gbauer@earthjustice.org

Susan Stevens Miller (D. Md. Bar 6100)
EARTHJUSTICE
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
202-667-4500 Telephone
202-667-2356 Fax
smiller@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Center for Biological Diversity, Friends of the Earth, and Turtle Island Restoration Network*


TODD KIM,
Assistant Attorney General
SETH M. BARSKY,
Section Chief
S. JAY GOVINDAN,
Assistant Section Chief


/s/ H. Hubert Yang
H. HUBERT YANG (DC Bar No. 491308)
Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
202-305-0209 Telephone
202-305-0275 Fax
E-mail: hubert.yang@usdoj.gov

Of Counsel:

DANIEL POLLAK
Attorney Advisor
United States Department of Commerce
NOAA Office of General Counsel
Silver Spring, MD

*Attorneys for Defendants*


/s/ John C. Martin
John C. Martin (*pro hac vice*)
Michael J. O'Leary (D. Md. Bar No. 20249)
Holland & Hart LLP
901 K Street NW, Suite 850
Washington, DC 20001
25 South Willow Street, Suite 200
P.O. Box 68
Jackson, WY 83001
307-739-9741 Telephone
307-739-9744 Fax
jcmartin@hollandhart.com
mjoleary@hollandhart.com

Bryson C. Smith (*pro hac vice*)
Holland & Hart LLP
P.O. Box 68
Jackson, WY 83001-0068
307-739-9741 Telephone
307-739-9744 Fax
bcsmith@hollandhart.com

Sarah C. Bordelon (*pro hac vice*)
Erica K. Nannini (*pro hac vice*)
Holland & Hart LLP
5441 Kietzke Ln #200
Reno, NV 89511
775-327-3000 Telephone
775-786-6179 Fax
scbordelon@hollandhart.com
eknannini@hollandhart.com

Daniel C. Sale (D. Md. Bar No. 29559)
Charles T. Engel III (*pro hac vice*)

4

Nikesh Jindal (pro hac vice)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 200
Washington DC 20006
202-661-7800 Telephone
202-626-3737 Fax
dsale@kslaw.com
tengel@kslaw.com
njindal@kslaw.com

*Attorneys for Intervenor-Defendant Chevron U.S.A. Inc.*

/s/ Nathan C. Brunette
Nathan C. Brunette, Bar No. 0612120104
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
(503) 294-9678 Telephone
(503) 220-2480 Fax
nathan.brunette@stoel.com

Ryan P. Steen (*pro hac vice*)
Jason T. Morgan (*pro hac vice*)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900 Telephone
(206) 386-7500 Fax
ryan.steen@stoel.com
jason.morgan@stoel.com

*Attorneys for Intervenor-Defendants American Petroleum Institute, EnerGeo Alliance, and National Ocean Industries Association*