# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SIERRA CLUB, et al., | * |
| Plaintiffs, | * |
| v. | * |
| NATIONAL MARINE FISHERIES SERVICE, et al., | * No. 8:20-cv-03060-DLB |
| Defendants, | * |
| and | * |
| AMERICAN PETROLEUM INSTITUTE, et al., | * |
| Intervenor-Defendants. | * |

## JOINT NOTICE

In accordance with the Court's February 8, 2022, order, *see* Docket ("Dkt.") 85, Plaintiffs Sierra Club, Center for Biological Diversity, Friends of the Earth, and Turtle Island Restoration Network; Defendants National Marine Fisheries Service ("NMFS") and Janet Coit in her official capacity as the Assistant Administrator for National Oceanic and Atmospheric Administration Fisheries; and Intervenor-Defendants American Petroleum Institute, EnerGeo Alliance, National Ocean Industries Association, and Chevron U.S.A., Inc. (collectively, the "Parties") submit the following joint notice.

Plaintiffs and Defendants have reached a resolution with respect to the completeness of the administrative record, and Plaintiffs therefore will not file a motion challenging the administrative record. NMFS currently expects to lodge its second supplement to the administrative record no later than April 1, 2022. In the meantime, the Parties continue to confer as to a proposed schedule for further proceedings, and the Parties intend to submit a proposed schedule within 10 days, *i.e.*,

1

by March 25, 2022.

Dated: March 15, 2022

/s/ Christopher D. Eaton
Christopher D. Eaton (D. Md. Bar 21544)
Grace Bauer (*pro hac vice*)
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340 Telephone
415-217-2040 Fax
ceaton@earthjustice.org
gbauer@earthjustice.org

Susan Stevens Miller (D. Md. Bar 6100)
EARTHJUSTICE
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
202-667-4500 Telephone
202-667-2356 Fax
smiller@earthjustice.org

*Attorneys for Plaintiffs*

Respectfully submitted,

TODD KIM
Assistant Attorney General
SETH M. BARSKY
Section Chief
S. JAY GOVINDAN
Deputy Section Chief

/s/ H. Hubert Yang
H. HUBERT YANG
(D. Md. Bar No. 814652)
Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0209
Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov

*Attorneys for Defendants*

\*\*\*

/s Nathan C. Brunette
Nathan C. Brunette, Bar No. 0612120104
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
(503) 294-9678 Telephone
(503) 220-2480 Fax
nathan.brunette@stoel.com

Ryan P. Steen (*pro hac vice*)
Jason T. Morgan (*pro hac vice*)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900 Telephone
(206) 386-7500 Fax
ryan.steen@stoel.com

jason.morgan@stoel.com

*Attorneys for Intervenor-Defendants American Petroleum Institute, EnerGeo Alliance, and National Ocean Industries Association*

\*\*\*

*/s John C. Martin*
John C. Martin (*pro hac vice*)
Michael J. O'Leary (D. Md. Bar No. 20249)
Holland & Hart LLP
901 K Street NW, Suite 850
Washington, DC 20001
25 South Willow Street, Suite 200
P.O. Box 68
Jackson, WY 83001
307-739-9741 Telephone
307-739-9744 Fax
jcmartin@hollandhart.com
mjoleary@hollandhart.com

Bryson C. Smith (*pro hac vice*)
Holland & Hart LLP
P.O. Box 68
Jackson, WY 83001-0068
307-739-9741 Telephone
307-739-9744 Fax
bcsmith@hollandhart.com

Sarah C. Bordelon (*pro hac vice*)
Erica K. Nannini (*pro hac vice*)
Holland & Hart LLP
5441 Kietzke Ln #200
Reno, NV 89511
775-327-3000 Telephone
775-786-6179 Fax
scbordelon@hollandhart.com
eknannini@hollandhart.com

Daniel C. Sale (D. Md. Bar No. 29559)
Charles T. Engel III (*pro hac vice*)
Nikesh Jindal (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 200

Washington DC 20006
202-661-7800 Telephone
202-626-3737 Fax
dsale@kslaw.com
tengel@kslaw.com
njindal@kslaw.com

*Attorneys for Intervenor-Defendant*
*Chevron U.S.A. Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2022, I electronically filed the foregoing Joint Notice with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

    */s/ H. Hubert Yang*
    H. HUBERT YANG (D. Md. Bar No. 814652)
    Senior Trial Attorney
    United States Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    Ben Franklin Station
    P.O. Box 7611
    Washington, DC 20044-7611
    Tel: (202) 305-0209
    Fax: (202) 305-0275
    E-mail: hubert.yang@usdoj.gov

    *Attorney for Defendants*