IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SIERRA CLUB, et al., | * |
| Plaintiffs, | * |
| v. | * |
| NATIONAL MARINE FISHERIES SERVICE, et al., | * No. 8:20-cv-03060-DLB |
| Defendants, | * |
| and | * |
| AMERICAN PETROLEUM INSTITUTE, et al., | * |
| Intervenor-Defendants. | * |

**JOINT PROPOSED SCHEDULE**

Plaintiffs Sierra Club, Center for Biological Diversity, Friends of the Earth, and Turtle Island Restoration Network (collectively, "Plaintiffs"); Defendants National Marine Fisheries Service ("NMFS") and Janet Coit in her official capacity as the Assistant Administrator for National Oceanic and Atmospheric Administration Fisheries (collectively, "Defendants"); and Intervenor-Defendants American Petroleum Institute, EnerGeo Alliance, National Ocean Industries Association, and Chevron U.S.A., Inc. (collectively, "Intervenors") have conferred and respectfully submit the following proposed schedule by which this matter may proceed:

1. This case involves Plaintiffs' challenge to NMFS's biological opinion on the effects of federally regulated oil and gas program activities in the Gulf of Mexico on threatened and endangered species under the Endangered Species Act ("ESA"). *See* ESA Section 7 Biological Opinion on the Federally Regulated Oil and Gas Program Activities in the Gulf of Mexico, FPR-2017-9234 (Mar. 13, 2020), https://www.fisheries.noaa.gov/resource/document/biological-

1

opinion-federally-regulated-oil-and-gas-program-activities-gulf-mexico.  The parties agree that this case will involve the review of an administrative record compiled and lodged by NMFS and cross-motions for summary judgment based on that administrative record.  *See* Docket ("Dkt.") 64 at 1.  On July 2, 2021, NMFS lodged its administrative record with the Court.  *See* Dkt. 67.  On August 24, 2021, in response to Plaintiffs' supplemental complaint, NMFS lodged a supplement to the administrative record.  *See* Dkt. 74; *see also* Dkt. 65-3.  Since then, Plaintiffs and Defendants have reached a resolution with respect to the completeness of NMFS's administrative record, and Plaintiffs will not file a motion challenging the administrative record.  *See* Dkt. 86.  The parties instead propose the following schedule for completion of the administrative record:

- Defendants shall lodge a second supplement to NMFS's administrative record with the Court (on USB flash drive) and serve the second supplement on the parties no later than April 1, 2022.

2. The parties also agree that this case will be resolved by cross-motions for summary judgment.  If no motions regarding the scope or contents of the administrative record are filed, the parties propose the following schedule for summary judgment briefing:

- Plaintiffs' opening brief in support of their motion for summary judgment shall be filed no later than May 20, 2022.  The opening brief filed by Plaintiffs shall not exceed 45 pages.

- Defendants' brief in opposition to Plaintiffs' motion for summary judgment and in support of Defendants' cross-motion for summary judgment shall be filed no later than July 22, 2022.  The opposition / opening brief filed by Defendants shall not exceed 50 pages.

- Intervenors' briefs in opposition to Plaintiffs' motion for summary judgment and

in support of Intervenors' cross-motions for summary judgment shall be filed no later than August 1, 2022. Each opposition / opening brief filed by Intervenors shall, to the extent practicable, avoid duplication of Defendants' brief and shall not exceed 20 pages.

- Plaintiffs' reply brief in support of their motion for summary judgment and in opposition to Defendants' and Intervenors' respective cross-motions for summary judgment shall be filed no later than August 31, 2022. The reply / opposition brief filed by Plaintiffs shall not exceed 55 pages.

- Defendants' reply brief in support of their cross-motion for summary judgment shall be filed no later than September 30, 2022. The reply brief filed by Defendants shall not exceed 30 pages.

- Intervenors' reply briefs in support of their respective cross-motions for summary judgment shall be filed no later than October 10, 2022. Each reply brief filed by Intervenors shall, to the extent practicable, avoid duplication of Defendants' brief and shall not exceed 10 pages.

Accordingly, the parties respectfully request that the Court enter an order reflecting the proposed schedule above. A proposed order is attached.

Dated: March 25, 2022                                  Respectfully submitted,

/s/ Christopher D. Eaton                               TODD KIM
Christopher D. Eaton (D. Md. Bar 21544)                Assistant Attorney General
Grace Bauer (*pro hac vice*)                           SETH M. BARSKY
EARTHJUSTICE                                           Section Chief
810 Third Ave., Suite 610                              S. JAY GOVINDAN
Seattle, WA 98104                                      Deputy Section Chief
206-343-7340 Telephone
415-217-2040 Fax                                       /s/ H. Hubert Yang
ceaton@earthjustice.org                                H. HUBERT YANG
gbauer@earthjustice.org                                (D. Md. Bar No. 814652)

3

| | |
|---|---|
| Susan Stevens Miller (D. Md. Bar 6100)<br>EARTHJUSTICE<br>1625 Massachusetts Ave., NW, Ste. 702<br>Washington, DC 20036<br>202-667-4500 Telephone<br>202-667-2356 Fax<br>smiller@earthjustice.org<br><br>*Attorneys for Plaintiffs* | Senior Trial Attorney<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>Tel: (202) 305-0209<br>Fax: (202) 305-0275<br>E-mail: hubert.yang@usdoj.gov<br><br>*Attorneys for Defendants* |

\*\*\*

*/s Nathan C. Brunette*
Nathan C. Brunette, Bar No. 0612120104
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
(503) 294-9678 Telephone
(503) 220-2480 Fax
nathan.brunette@stoel.com

Ryan P. Steen (*pro hac vice*)
Jason T. Morgan (*pro hac vice*)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900 Telephone
(206) 386-7500 Fax
ryan.steen@stoel.com
jason.morgan@stoel.com

*Attorneys for Intervenor-Defendants*
*American Petroleum Institute, EnerGeo*
*Alliance, and National Ocean Industries*
*Association*

\*\*\*

*/s John C. Martin*
John C. Martin (*pro hac vice*)
Michael J. O'Leary (D. Md. Bar No. 20249)
Holland & Hart LLP
901 K Street NW, Suite 850

Washington, DC 20001
25 South Willow Street, Suite 200
P.O. Box 68
Jackson, WY 83001
307-739-9741 Telephone
307-739-9744 Fax
jcmartin@hollandhart.com
mjoleary@hollandhart.com

Bryson C. Smith (*pro hac vice*)
Holland & Hart LLP
P.O. Box 68
Jackson, WY 83001-0068
307-739-9741 Telephone
307-739-9744 Fax
bcsmith@hollandhart.com

Sarah C. Bordelon (*pro hac vice*)
Erica K. Nannini (*pro hac vice*)
Holland & Hart LLP
5441 Kietzke Ln #200
Reno, NV 89511
775-327-3000 Telephone
775-786-6179 Fax
scbordelon@hollandhart.com
eknannini@hollandhart.com

Daniel C. Sale (D. Md. Bar No. 29559)
Charles T. Engel III (*pro hac vice*)
Nikesh Jindal (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 200
Washington DC 20006
202-661-7800 Telephone
202-626-3737 Fax
dsale@kslaw.com
tengel@kslaw.com
njindal@kslaw.com

*Attorneys for Intervenor-Defendant
Chevron U.S.A. Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2022, I electronically filed the foregoing Joint Proposed Schedule and [Proposed] Order with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ H. Hubert Yang
H. HUBERT YANG (D. Md. Bar No. 814652)
Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0209
Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov

*Attorney for Defendants*