**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SIERRA CLUB, et al.,<br>Plaintiffs,<br>v.<br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br>Defendants,<br>and<br>AMERICAN PETROLEUM INSTITUTE, et al.,<br>Intervenor-Defendants. | No. 8:20-cv-03060-DLB |

**DECLARATION OF SUSAN LUBETKIN, PHD**

I, Susan Lubetkin, declare as follows:

1. I am the principle at Elemental Statistics, an environmental consulting firm based in Seattle, Washington. Elemental Statistics specializes in third party review of environmental impact statements (EISs) and other permitting documents, often for projects involving fossil fuels or mining. We assess if the scope of the risks and impacts are truly represented not only in the EIS but also in the supporting research and, when available, the data. As an independent consultant, I have worked on numerous research projects concerned with the spill risks associated with fossil fuels and mining since 2015. I have published a peer-reviewed critique of spill risk models used in EISs. Susan Lubetkin, *The tip of the iceberg: three case studies of spill risk assessments used in environmental impact statements*, Marine Pollution Bulletin (Jan. 31, 2020), https://doi.org/10.1016/j.marpolbul.2019.110613. I earned my MS in 1997 and PhD in 2008 in the University of Washington's interdisciplinary program Quantitative Ecology and

Resource Management (QERM). QERM trains scientists how to apply mathematical models and statistical inference to a variety of environmental settings, from fisheries and oceanography to forestry and conservation. I was an instructor for the University of Washington's Quantitative Science and QERM programs, where I taught applied statistics to undergraduate and graduate students. The topics I covered included basic parametric and non-parametric statistics, regression, and experimental design, and I was nominated for a Distinguished Teaching Award after three quarters of being an instructor. The views expressed here are entirely my own. A copy of my curriculum vitae is attached to this declaration as Exhibit A for reference.

2. The following report explains the technical statistical assumptions, results, and implications of Zhen-Gang Ji et al., *Statistics of Extremes in Oil Spill Risk Analysis*, 48 Env't Sci. & Tech 10,505 (2014), which the Bureau of Ocean Energy Management (BOEM) and the National Marine Fisheries Service (NMFS) relied upon to assert that an extremely large oil spill will not occur during the 50-year term of the proposed action covered by the *Biological Opinion on the Federally Regulated Oil and Gas Program Activities in the Gulf of Mexico* (BiOp). Ji states: "The return period of a catastrophic oil spill in OCS areas is estimated to be 165 years, with a 95% confidence interval between 41 years and more than 500 years." AR67339. As explained in this declaration, Ji's statistical model has limitations that must be considered when interpreting its results. But if Ji is correct, a proper interpretation of the return period estimate means that there is at least a 26.2% chance of one ≥1,000,000 bbl oil spill during the 50-year period of the BiOp, and that the true probability is between 9.5% and 70.9%. Ji's model also can provide several other relevant results I calculate in this declaration using the model fit in order to fully interpret Ji's estimation of spill risk over the 50-year BiOp term.

3. In Section I, I explain the fundamentals of the Extreme Value Theory (EVT)

technique Ji used to provide an understanding of how the technique is used and the type of results it produces. In Section II, I explain how to interpret the results from an EVT study using basic principles that are regularly applied in probability and statistics. And in Section III, I apply those principles to properly interpret the results of Ji.

## I. FUNDAMENTALS OF EXTREME VALUE THEORY

4. Ji used a statistical technique called Extreme Value Theory or EVT to produce their results. AR67344−48.

5. EVT is a subdiscipline of statistics concerned with characterizing the severity and frequency of rare events. It can be a helpful tool in circumstances where extreme events happen infrequently compared to the time over which data have been gathered and there are not enough data points to use standard statistical models to predict future events, such as in financial modeling and in the quantification of environmental hazards (e.g., acres consumed by fires, flood water levels, temperatures). AR61858 (Eckle 2012); AR67339 (Ji 2014). While many statistical practices use all the available data to describe the general behavior of all the observed data, EVT concentrates on the rarest, most extreme events, often specifically on the largest. AR67346. The goal of EVT is to fit a model that accurately characterizes the historical extreme observations and use that model to make predictions about the probability and size of future extreme events. *Id*.

6. The EVT approach results in a relationship between what are known as "return periods" and "return levels".

7. The "return period" is a given time interval representing the *average* amount of time between occurrences of a certain size. It is the average probability of an event happening in a given window of exposure, often as per year. For example, in planning along coastlines or near rivers, there is often concern about the size of a 10- or 100-year flood. In those cases, the return

periods are 10 years or 100 years.

8. The "return level" is the minimum value of occurrence(s) that is expected to occur in a return period. In the flooding example, a return level for an interval of 10 years may be 3 or more feet over flood stage, while the return level for a 100-year interval may be 7 or more feet over flood stage. In this example, the return period for a 3+ foot flood would be 10 years, and the return period for a 7+ foot flood would be 100 years. It is important to remember that the return level is just the *minimum* value expected for the given return period. For instance, an expected 3+ foot flood event may actually be 4, 5, or even 20 feet or higher.

9. Longer return periods have more extreme return levels (e.g., 100-year floods are higher than 10-year floods).

10. It is also important to understand that a 10-year return period does not indicate that a flood exceeding a certain magnitude will occur in regular, 10-year intervals. If there was a 3+ foot flood in 1984, it would not mean that the next 3+ foot flood would not be expected until 1994. Instead, it means that if flooding were observed for a sufficiently long period of time, the *average* time between 3+ foot floods would be 10 years. That is, in 100 years, 10 such floods would be expected.

11. In some periods, several such events could occur in the span of a couple decades—more frequently than once every 10 years. And in some periods, there might not be any floods of that size for multiple decades. The time periods between specific flood events are random and estimated as occurring once every 10 years *on average*.

12. The return period can tell us the probability that a flood of a certain return level will occur in a given year. Mathematically, the probability of an occurrence in a given year and

its return period are reciprocals of each other.[1] Where $r$ is the return period and $p$ is the probability, this is written as:

$$p = \text{probability of a flood of a given magnitude (or greater) in a given year} = 1/r$$

and

$$r = \text{return period for a flood of a given magnitude (or greater)} = 1/p$$

Thus, for the 10-year 3+ foot flood example, in any given year, the probability of having a flood of 3 or more feet is 10% ($p = 1/r = 1/10$).

13. Return periods and return levels also are a tandem, and the relationship between them can be used to either find a return period for a given return level ("On average, how often do 7+ foot floods occur?") or to find the return level associated with a given return period ("What size flood might we expect to occur on average every 10 years? Every 100 years?"). I explain how to do this below.

14. First, it is helpful to understand how the EVT process works mathematically. The EVT process for obtaining return periods and return levels begins with looking at the most extreme observed values. In our example, we are concerned with the *highest* a river gets in any particular *one-year period*. Maybe in one year with low rainfall, the highest it gets during the year is only rising by one inch during a particularly heavy rainstorm. But in another year with heavy rainfall, it might reach a rise of several feet by the end of the rainy season. Those highest annual observations are then sorted based on magnitude to create a distribution of all the maximum observations. In a typical scenario, there are more observations at smaller magnitudes (e.g., 1-foot flood) than larger magnitudes (e.g., 10-foot flood). The larger magnitudes are the

---

[1] A reciprocal inverts a fraction's numerator and denominator. For example, the reciprocal of 2/7 is 7/2. A whole number like our return period of 10 can be written in fraction form as 10/1 (10 divided by 1 equals 10). So, the reciprocal of 10 is 1/10.

more extreme events EVT is used to predict. A generalized extreme value (GEV) distribution is then "fit" to the maximum observations (based on the number of times events occurred at each magnitude) to produce a smooth probability curve. The probability curve then allows us to obtain the return periods and return levels.

15. Because data about extreme events are sparse, there is necessarily a lot of uncertainty around the probability curves fit using EVT. Statistical modeling yields two important results: an estimate and, at least as importantly, a range around that estimate that accounts for the uncertainty, often expressed as a "confidence interval."

16. A "confidence interval" is the range of values the true result can be expected to fall into with a given probability based on the parameter estimates from fitting the model to the observed data. Each data set from a given population is a random sample and will result in slightly different parameter estimates and associated confidence intervals. Based on sampling bad luck, it would be possible to collect a sample which had a confidence interval that did not contain the true value of interest. The probability of that happening is 1—the confidence level. It is well accepted in statistics to employ a 95% confidence interval—that is, 95% of the time, repeated samples from the population would result in intervals that contain the true value—because it narrows the range of possible values down enough to be useful and informative while still capturing the majority of a distribution curve. The percent chance that any given interval does not capture the actual value is split on either side of the interval, so it all adds to 100%: 95% chance the actual value falls within the interval + 2.5% chance it is lower + 2.5% chance it is higher. In our example, it might be that while the best fit curve produces an estimate that a 3+ foot flood has a 10-year return period, there may be, say, a 95% confidence interval of 7–27 years—that is, there is a 95% chance that the return period is between 7 years and 27 years. In

turn, this confidence interval means that there is a 2.5% chance that the actual return period could be *less than* 7 years and a 2.5% chance that the actual return period could be *longer than* 27 years. The more precise the estimates, the narrower the confidence interval range.

17. Importantly, any value within a confidence interval can be reasonably expected to occur. As noted in Eckle et al. (2012), "To be conservative, the lower limit of the uncertainty interval around the return frequency interval would need to be considered as a basis for decision making as this worst case cannot be excluded by this statistical analysis." AR61860.

## II. HOW TO PROPERLY INTERPRET A RETURN PERIOD

18. As explained above, the return period is a given time interval representing the average amount of time between occurrences of a certain size. This means the probability of the annual maximum value of an event (e.g., highest river level of the year) exceeding a given return level (e.g., 3 feet) occurring in any given year is the reciprocal of the return period—1 divided by the return period—so a 10-year return period means there is a 10% chance of the event exceeding the return level threshold size in any given year. *See* ¶¶ 12−13.

19. We can think of each annual maximum as either a success or a failure. In our example, say the town has levees that can hold back up to a 3-foot flood, but anything equal to or higher than 3 feet would top the levees. In this case, a success is not exceeding a 3-foot return level, and a failure is meeting or exceeding a 3-foot return level and topping the levees.

20. Mathematically, we can designate our target return level as $z$, where $p$ means probability:

$$p(\text{success}) = \text{probability that } z \text{ is not exceeded in any particular year}$$

$$p(\text{failure}) = \text{probability that } z \text{ is met or exceeded in any particular year}$$

and

$$p(\text{success}) + p(\text{failure}) = 1.$$

21. For our flood example, $p(\geq 3\text{ft [failure]}) = 10\%$ and $p(<3\text{ft [success]}) = 90\%$, in any given year.

22. Taking a new example, we could define success as rolling less than a 6 on a standard fair six-sided die, and a failure as rolling a 6. In that case:

$$p(\text{success}) = 5/6 \text{ on any particular roll}$$

$$p(\text{failure}) = 1/6 \text{ on any particular roll}$$

and

$$p(\text{success}) + p(\text{failure}) = 5/6 + 1/6 = 1.$$

23. The return period for a failure is six rolls of the die—that is, on average, one would roll a 6 once every six rolls. This does not mean that a failure will occur precisely every sixth roll. Instead, it means that *on average*, over the course of many rolls, one would roll a 6 once every sixth roll. If you roll a die once, you have a one in six chance of rolling a 6. If you roll the die twice, you have two chances to roll a six (Table 1). As you roll a die multiple times, the chances of rolling a six at some point during those rolls increases. The more rolls of the die, the higher the probability of rolling a six at least once.

24. The question we wish to address next is how likely we are to have at least one failure in a given number of rolls. In two rolls of the die, four different outcomes are possible, each with its own probability (Table 1). The probability of each combination outcome is calculated by multiplying the probability of an outcome on the first roll by the probability of an outcome on the second roll.

*Table 1. Example probability calculations for successes and failures using a fair six-sided die for two rolls with failure defined as rolling a six.*

| **Outcome** | **Probability** | |
|---|---|---|
| Success on Roll 1 and Success on Roll 2 | 5/6 x 5/6 = 25/36 | probability of success |
| Success on Roll 1 and Failure on Roll 2 | 5/6 x 1/6 = 5/36 | probability of one or more failures = 5/36 + 5/36 + 1/36 = 11/36 |
| Failure on Roll 1 and Success on Roll 2 | 1/6 x 5/6 = 5/36 | |
| Failure on Roll 1 and Failure on Roll 2 | 1/6 x 1/6 = 1/36 | |
| All possible outcomes | 25/36 + 5/36 + 5/36 + 1/36 = 36/36 = 1 | |

25. As shown above in Table 1, there is a 25/36 = 69.4% chance of two successes in two rolls, and a 5/36 + 5/36 + 1/36 = 11/36 = 30.6% chance of at least one failure in two rolls. The probability of a success on every single roll and the probability of at least one failure describe all possible outcomes of rolling the die, so we find that:

$$p(n \text{ successes in } n \text{ rolls of the die}) + p(\geq 1 \text{ failure in } n \text{ rolls of the die}) = 1$$

which can be re-written as

$$p(\geq 1 \text{ failure in } n \text{ rolls of the die}) = 1 - p(n \text{ successes in } n \text{ rolls of the die})$$

In other words, the probability of at least one failure is 1 minus the probability that every roll will be successful. Inputting the values for our two rolls into the equations above, we can see that:

$$69.4\% + 30.6\% = 100\%$$

and

$$30.6\% = 100\% - 69.4\%$$

26. We can extrapolate the above equations to any number of rolls using the following equations.[2] Assuming each roll has the same probability of success and the rolls are

[2] The superscript $n$ in these equations is an exponent, which designates the number of times you multiply the value in the parentheses by itself. For example, $(1/6)^3 = 1/6 \times 1/6 \times 1/6$.

independent of one another,[3] then:

$$p(n \text{ successes in } n \text{ rolls of die}) = p(\text{success on one roll})^n$$

and

$$p(\geq 1 \text{ failure in } n \text{ rolls of the die}) = 1 - p(\text{success on one roll})^n$$

In the case of rolling a six-sided die twice with failure defined as rolling a 6, then:

$$p(\geq 1 \text{ failure in two rolls}) = 1 - p(\text{success on one roll})^2 = 1 - (5/6)^2 = 30.6\%$$

which matches the outcome found after listing all possible outcomes in Table 1.

27. We can expand this example to see how the number of rolls of the die affects both the probability of rolling at least one 6 and the number of times we expect to have a 6 rolled during that total number of rolls (Table 2). The number of times we expect a failure to occur equals the number of rolls of the die ($n$) times the probability of failure on any individual roll ($p$):

$$\text{expected failures} = n \text{ x } p(\text{failure on one roll}).$$

*Table 2. Example probability and expected number calculations for successes and failures using a fair six-sided die for up to six rolls with failure defined as rolling a six.*

| **Number of rolls ($n$)** | **Probability of at least one failure = 1 – (1 - 1/6)$^n$** | **Expected number of times a failure would occur = $n$ x (1/6)** |
|---|---|---|
| 1 | $1 - (1 - 1/6)^1 = 16.7\%$ | 1/6 = 0.167 |
| 2 | $1 - (1 - 1/6)^2 = 30.6\%$ | 2/6 = 0.333 |
| 3 | $1 - (1 - 1/6)^3 = 42.1\%$ | 3/6 = 0.500 |
| 4 | $1 - (1 - 1/6)^4 = 51.8\%$ | 4/6 = 0.667 |
| 5 | $1 - (1 - 1/6)^5 = 59.8\%$ | 5/6 = 0.833 |
| 6 | $1 - (1 - 1/6)^6 = 66.5\%$ | 6/6 = 1.000 |
| … | … | … |
| 12 | $1 - (1 - 1/6)^{12} = 88.8\%$ | 12/6 = 2.000 |
| … | … | … |
| 18 | $1 - (1 - 1/6)^{18} = 96.2\%$ | 18/6 = 3.000 |
| … | … | … |
| 24 | $1 - (1 - 1/6)^{24} = 98.7\%$ | 24/6 = 4.000 |

[3] Independent simply means that one roll does not influence another. For example, this would not be true if rolling a six on one roll meant that a weight were added to the side with a six for the next roll.

28. Table 2 illustrates two important points. First, as seen in the middle column, the probability of failure increases as the number of rolls increases. However, because probabilities are bounded inclusively between 0 and 1, the probability will never increase past 100%.[4] Second, as seen in the far right column, the expected number of failures also increases as the number of rolls increases. Ultimately, if we rolled the die 12 times, the probability of at least one failure would be 88.8% and we would expect that on average in 12 rolls there would be 12 x (1/6) = 2 failures. And if we rolled the die 24 times, the probability of at least one failure would be 98.7% and we would expect that on average in 24 rolls there would be 24 x (1/6) = 4 failures.

29. We also see that, looking at the middle column of Table 2 above, the probability of failure (rolling a 6) can exceed 50% in just four rolls, meaning there is a greater-than-not chance of failure before reaching the six-roll return period, even though in looking at the far right column, the expected number of failures is still less than one by the fourth roll.

30. If the die had more faces, the logic would remain the same. Since Ji estimate a 165-year return period for a ≥1 million barrel oil spill, let us assume our die has 165 sides. We define a success as rolling anything but a 165 and a failure as rolling a 165:

$$p(\text{success}) = 164/165 \text{ on any particular roll}$$

and

$$p(\text{failure}) = 1/165 \text{ on any particular roll}$$

If we roll the 165-sided die mutiple times, we can find the probability of at least one failure as

$$p(\geq 1 \text{ failure in } n \text{ rolls}) = 1 - (164/165)^n$$

where $n$ = the number of rolls of the die. For example, if we were to roll the 165-sided die 50

[4] Probabilities are values that always fall between 0 and 1, inclusively. Probabilities are often reported as a percent chance. For example, a probability of 0.10 is the same as a 10% chance and a probability of 1 is a 100% chance.

times, then

$$p(\geq 1 \text{ failure in 50 rolls}) = 1 - (164/165)^{50} = 1 - 0.738 = 0.262,$$

which means there is a 26.2% chance of rolling a 165 at least once during those 50 rolls of the die. This example will be particularly relevent in the next section.

## III. INTERPRETING THE RESULTS OF JI

31. Ji focused on characterizing the return period of catastrophic spills, which they defined as ≥1 MMbbl (≥1,000,000 barrels or ≥42,000,000 gallons),[5] using the annual maximum spill volumes in the Gulf of Mexico from 1964 to 2012. The result of their analysis of annual spill maximum values using EVT described above is a return period of 165 years for a return level (minimum volume released) of ≥1,000,000 bbl, with a 95% confidence interval of 41 years to "more than 500" years. AR067339. Additionally, they provide the return levels (volumes expected) of 10- and 100-year return intervals as 16,000 bbl (95% confidence interval = 3,000–89,000 bbl) and 562,000 bbl (95% confidence interval = 16,000–11,220,000 bbl), respectively. AR67360 (tbl. 2).

### A. Caveats Associated with Using the Results of the EVT Model Fit by Ji

32. Before I apply the fundamental principles I describe above to the Ji study, there are a few basic tenets of mathematical modeling and statistics that apply almost universally and are relevant here. One is, "All models are wrong. Some models are useful." Another is, a model is only as good as the data that it relies upon. The model fit by Ji can be useful, so long as 1) we account for how the assumptions of the statistical method were met (or at least not substantially

[5] Ji alternate between using >1 MMbbl and ≥1 MMbbl ("greater than" and "greater than or equal to") without apparent reason. Mathematically, this does not matter because the probability that any spill is exactly one million barrels is 0, so there is no difference between the probability for >1 MMbbl or ≥1 MMbbl.

violated), and 2) the results are interpreted correctly.

33. First, Ji noted that fitting the EVT model requires that the Gulf of Mexico spill data from 1964–2012 meet an assumption of being independent and identically distributed ("iid"). AR67347. The iid assumption means that the spill frequency and size distribution in 1964 was the same as in 2012 and all the other years in the period considered. It is very unlikely that this assumption holds true, given that spill frequency and size have many underlying causes, such as production rates, drilling depths, and hurricane frequency and severity, all of which have changed in the nearly fifty years considered. To the extent that these factors did not remain constant from 1964 to 2012 in the Gulf of Mexico, the data used by Ji do not meet the requirements for fitting the model. This means that the associated EVT return level-return period pairs may not be accurate for the time period studied or into the next five decades as those underlying causes continue to change. The model results should be interpreted with this limitation in mind.

34. Second, in order for Ji to be useful, the full scope of its results must be interpreted. Ji reports a return period for a ≥1,000,000 bbl spill and return levels for 10- and 100-year return periods, but does not explain these values in terms decisionmakers can readily use. Full interpretation of Ji's results requires calculating the probability of at least one catastrophic spill and, for the purposes of the BiOp, the expected numbers of those spills over the next 50 years of oil and gas activities in the Gulf of Mexico. This is true not just for a spill size of ≥1,000,000 bbl, which Ji focuses on, but also for other large spills. *E.g.*, AR13746. Below, I provide those calculations to fully interpret Ji's results.

**B. Implications of Ji's Return Period Estimates for a >1 Million Barrel Oil Spill**

35. Ji's return period of 165 years for a return level of a ≥1,000,000-barrel spill means that there is a 1 in 165 chance of a spill ≥1,000,000 barrels of oil in the Gulf of Mexico *in any*

*given year*. *See* ¶¶ 12, 18.

36. As explained earlier, a return period does not mean that a given event, such as a catastrophic oil spill, occurs like clockwork in regular intervals. The return period is the estimate of the *average* time between events of that magnitude (or larger) that we could observe if we had a sufficiently long timeframe to record such occurrences. Since the extreme events are assumed to occur at random intervals, if we were able to watch for a long enough period, there would be stretches when they happen more frequently or less frequently than the average period. Thus, knowing that a catastrophic spill occurred with the *Deepwater Horizon* event in 2010 and that the return period for a ≥1,000,000 bbl spill is 165 years does *not* imply that the next ≥1,000,000 bbl spill should be expected in 2175. This next interval may be much shorter than 165 years.

37. The next important question is: Assuming the return period and confidence intervals in Ji are correct, what are the chances of at least one such ≥1,000,000-barrel spill occurring during the 50-year timeframe under consideration in the BiOp for oil and gas activities in the Gulf of Mexico?

38. To answer that question, we can use the Ji estimate of the return period and its 95% confidence interval to estimate the probability of at least one catastrophic spill in any given year and for 50 years of oil and gas activities. Ji showed a 95% confidence interval (CI) for the return period of a ≥1,000,000-barrel oil spill as 41–500+ years. AR67339. As explained above, this wide-ranging confidence interval is a result of high uncertainty in the parameter estimates due to the relatively small number observations used to fit the model and the difficulty of estimating the rarest, most extreme events. Using the calculations described in paragraphs 12 and 26 above, the probability of a spill ≥1,000,000 in any one year and over 50 years is shown for the return period estimate and both ends of its confidence interval in the following Table 3. Recall

that the probability of success (no spills) is 1 minus the probability of failure (spill) ($p$ in Table 3). So, the probability of success in all 50 years is $(1 - p)^{50}$. And, as explained above, the probability of at least one failure in the 50 years is 1 minus the probability of complete success: $1 - (1 - p)^{50}$.

*Table 3. The 95% confidence interval for the 165-year return period for a ≥1,000,000 bbl spill can be used to calculate the probability of at least one ≥1,000,000 bbl spill occurring during 50 years of oil and gas activities in the Gulf of Mexico.*

| Return period | Probability a spill ≥1,000,000 bbl in any given year = $p$ = 1/(return period) | Probability of at least one spill ≥1,000,000 bbl during 50-year period = $1 - (1 - p)^{50}$ |
|---|---|---|
| 41 years (lower end of CI) | 1/41 = 0.0244 | 0.709 = 70.9% |
| 165 years | 1/165 = 0.006 | 0.262 = 26.2% |
| 500 years (upper end of CI) | 1/500 = 0.002 | 0.095 = 9.5% |

39. Using these calculations, we can determine the probabilities of complete success and at least one failure over different durations (Table 4). As expected, we can see the probability of a ≥1,000,000 bbl spill occurring increases the longer drilling continues.

*Table 4. The probabilities associated with having at least one spill ≥1,000,000 bbl in a given number of years is shown using the return period estimate and both ends of its confidence interval for 50 years of oil and gas activities in the Gulf of Mexico. These points form the basis for the curves in Figure 1 (below).*

| Number of Years ($n$) | Return period = 41 years | | Return period = 165 years | | Return period = 500 years | |
|---|---|---|---|---|---|---|
| | $p$(only success in $n$ years) | $p$(≥1 failure in $n$ years) | $p$(only success in $n$ years) | $p$(≥1 failure in $n$ years) | $p$(only success in $n$ years) | $p$(≥1 failure in $n$ years) |
| 1 | 0.976 | 0.024 | 0.994 | 0.006 | 0.998 | 0.002 |
| 2 | 0.952 | 0.048 | 0.988 | 0.012 | 0.996 | 0.004 |
| 3 | 0.929 | 0.071 | 0.982 | 0.018 | 0.994 | 0.006 |
| 4 | 0.906 | 0.094 | 0.976 | 0.024 | 0.992 | 0.008 |
| 5 | 0.884 | 0.116 | 0.970 | 0.030 | 0.990 | 0.010 |
| 6 | 0.862 | 0.138 | 0.964 | 0.036 | 0.988 | 0.012 |
| 7 | 0.841 | 0.159 | 0.958 | 0.042 | 0.986 | 0.014 |
| 8 | 0.821 | 0.179 | 0.953 | 0.047 | 0.984 | 0.016 |
| 9 | 0.801 | 0.199 | 0.947 | 0.053 | 0.982 | 0.018 |
| 10 | 0.781 | 0.219 | 0.941 | 0.059 | 0.980 | 0.020 |
| … | … | … | … | … | … | … |
| 20 | 0.610 | 0.390 | 0.886 | 0.114 | 0.961 | 0.039 |
| … | … | … | … | … | … | … |

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | 0.477 | 0.523 | 0.833 | 0.167 | 0.942 | 0.058 |
| … | … | … | … | … | … | … |
| 40 | 0.372 | 0.628 | 0.784 | 0.216 | 0.923 | 0.077 |
| … | … | … | … | … | … | … |
| 50 | 0.291 | 0.709 | 0.738 | 0.262 | 0.905 | 0.095 |

40. We can then plot the probabilities in Table 4 calculated out to 50 years into a graph (Figure 1). The number of years, *n*, is on the horizontal axis. Each point in Figure 1 is found by calculating $p(\geq 1$ failure in $n$ years$) = 1 - (1/\text{return period}[41, 165, \text{and } 500 \text{ years, respectively}])^n$ and plotting $p(\geq 1$ failure in $n$ years) against $n$ for 0 to 50 years.




*Figure 1. The probability of having at least one ≥1,000,000 bbl spill increases with time. The two dashed lines represent the probability over time for the upper and lower ends of the 95% confidence interval return period for ≥1,000,000 bbl spills, and the solid line is the probability over time for a 165-year return period.*

41. If we look at the 50-year time horizon from the BiOp, Ji's 165-year return period means there is a 26.2% chance at least one ≥1,000,000 bbl spill will occur during that period

(Tables 3 and 4; Figure 1). Its 41-year return period (the low end of the 95% confidence interval) means there is a 70.9% chance of at least one ≥1,000,000 bbl spill in the next 50 years (Table 3). And its 500-year return period (near the high end of the 95% confidence interval) means there is a 9.5% chance of at least one ≥1,000,000 bbl spill in the next 50 years (Table 3).

### C. Return Periods for Other Spill Size Return Levels from Ji

42. Ji used its model to find return level-return period pairs other than just the one for a ≥1,000,000 bbl spill. AR67360 (tbl. 2). Specifically, Ji found 16,000 bbl and 562,000 bbl return levels for 10-year and 100-year return periods, respectively. These results can also be phrased as "A spill ≥16,000 bbl is expected on average every 10 years" and "A spill ≥562,000 bbl is expected on average every 100 years." Using those return period-return level pairs, we can use the equations above to find: 1) an associated probability of occurrence in any given year, 2) a probability that a spill of that size occurs at least once in 50 years, and 3) an expected number of spills of that size or larger in 50 years (Table 5).

43. First, the 10-year return period is the same as a 1/10 yr = 0.10 per year probability of a failure in any given year (Table 5). *See* ¶ 12. Second, if we extend that annual probability out for 50 years, there is a 99.5% chance of at least one failure in that time (analogous to rolling a 10-sided die 50 times and having a 99.5% chance of rolling a 10 at least once) (Table 5). *See* ¶ 26. And third, we would expect five spills of ≥16,000 bbl in size over the course of an average 50-year period (just as we would expect that, on average, five of the 50 rolls of the 10-sided die would be a 10). *See* ¶ 27. Similarly, Ji estimated that a 100-year return period is associated with a ≥562,000 bbl spill, which means that there is a 1/100 yr = 0.01 per year probability of a failure in any given year, a 39.5% chance of at least one such spill occurring over 50 years, and 0.5 such spills expected on average in 50 years (Table 5).

*Table 5. Implications of return period-return level pairs stated in Ji for 50 years of oil and gas activities in the Gulf of Mexico.*

| Return level (bbl) | Return period (years) | Probability of occurrence in any given year = 1/return period = *p* | Probability of occurring at least once in 50 years = $1 - (1 - p)^{50}$ | Expected number of occurrences in 50 years = 50 x *p* |
|---|---|---|---|---|
| 16,000 | 10 | 0.10 | 99.5% | 5 |
| 562,000 | 100 | 0.01 | 39.5% | 0.5 |

44. Just as Ji used their model to find return level-return period pairs other than the pair for a ≥1,000,000 bbl spill, we can also apply their parameter inputs and results to find the return period and probabilities associated with other specified return levels. Because the BiOp focuses on 100,000 bbl as the largest spill size considered, AR13746, I will focus on finding the return period for that spill size.

45. Mathematically, the formula (an algebraic rearrangement of the formula from Ji at AR67348)[6] to obtain the return period for a spill of a given size is:

$$\frac{1}{1 - exp\left\{-\left[1 + \frac{\gamma}{\sigma}(x - \mu)\right]^{\frac{-1}{\gamma}}\right\}}$$

The symbols μ, σ, and γ are model parameters estimated by Ji as μ = 2.442, σ = 0.839, and γ = -0.073. AR67349. The symbol $x$ is the $\log_{10}$ of the return level for which we are calculating the return period; here, $x = 5$ for a 100,000 bbl spill.[7] The return period from the model for this return value is presented in Table 6, along with the probability of at least one spill ≥100,000 bbl happening in any given year (1/return period, *see* ¶ 12).

[6] *See* Addendum, attached hereto below, for the multi-step algebraic rearrangement.
[7] The $\log_{10}$ of a number is the number of times 10 is multiplied by itself to obtain that number. That is, if $10^x$ = return value, then $x$ is the $\log_{10}$ of the return value. Thus, 100,000 bbl = $10^5$. When a number is a 1 followed by zeroes, as in our case, the $\log_{10}$ happens to equal the number of zeroes.

*Table 6. Calculations of the return period and probability of exceeding the 100,000 bbl return level in any individual year based on μ = 2.442, σ = 0.839, and γ = -0.073 from Ji.*

| Return level (bbl) | x log10(return level) | Return period $\frac{1}{1-exp\left\{-\left[1+\frac{\gamma}{\sigma}(x-\mu)\right]^{\frac{-1}{\gamma}}\right\}}$ | Probability of ≥1 spill in any given year 1/Return period |
|---|---|---|---|
| 100,000 | 5 | 32 years | 3.1% per yr |

46. Using a return level of 100,000 bbl, Ji's model estimates the return period is 32 years. This means that there is a 1/32 yr = 3.1% probability of having a spill of ≥100,000 bbl in any given year (Table 6).

47. Just as we did before to produce the results in Table 5, we can plug the probability of at least one spill ≥100,000 bbl in any given year into the equations from ¶¶ 12, 26–27 to calculate the probability of at least one spill ≥100,000 bbl occurring during the 50-year period and the expected number of occurrences during that period (Table 7). For a ≥100,000 bbl spill, 1.6 spills are expected on average (50 x 0.031 = 1.6 spills), with a 79.3% probability ($1 - (1 - 0.031)^{50} = 0.793$) of at least one spill that size or larger over the 50-year period.

*Table 7. The return period for a ≥100,000 bbl spill can also be calculated from Ji's fit of the GEV model. Its associated probability of occurrence in one year, probability of having at least one spill in 50 years, and expected numbers of spills of that size or larger in 50 years are shown.*

| Return level (bbl) | Return period (years) | Probability of occurrence in any given year = 1/return period = *p* | Probability of occurring at least once in 50 years = $1 - (1 - p)^{50}$ | Expected number of occurrences in 50 years = 50 x *p* |
|---|---|---|---|---|
| 100,000 | 32 | 0.031 | 79.3% | 1.6 |

48. As in our die example above (Table 2), we can calculate the probabilities of at least one failure (spill) occurring over an increasing amount of time out to 50 years (Table 8). The probabilities in Table 8 can be plotted in a graph (Figure 2). The number of years, *n*, is on the horizontal axis. Each point in Figure 2 is found by calculating *p*(≥1 failure in *n* years) = 1 –

(1/return period [7.9 or 32 years])$^n$ and plotting $p$(≥1 failure in $n$ years) against $n$ for 0 to 50 years. Just as we saw with the die rolling example, the longer the time period, the greater the chances of at least one failure (defined here as a spill of ≥100,000 bbl) (Table 8 and Figure 2). Another way of thinking about this is that the probability of having no failures decreases over time.

*Table 8. The probability of not having a ≥100,000 bbl spill decreases over time. The probability associated with having at least one spill ≥100,000 bbl in a given number of years is shown using the return period estimate for 50 years of oil and gas activities in the Gulf of Mexico. These points form the basis for the curve in Figure 2 from 0 to 50 years.*

| **Number of Years (*n*)** | **Return level = 100,000 bbl Return period = 32 years** | |
|---|---|---|
| | ***p*(only success in *n* years)** | ***p*(≥1 failure in *n* years)** |
| 1 | 0.969 | 0.031 |
| 2 | 0.939 | 0.061 |
| 3 | 0.910 | 0.090 |
| 4 | 0.882 | 0.118 |
| 5 | 0.854 | 0.146 |
| 6 | 0.828 | 0.172 |
| 7 | 0.802 | 0.198 |
| 8 | 0.777 | 0.223 |
| 9 | 0.753 | 0.247 |
| 10 | 0.730 | 0.270 |
| … | … | … |
| 20 | 0.533 | 0.467 |
| … | … | … |
| 30 | 0.389 | 0.611 |
| … | … | … |
| 40 | 0.284 | 0.716 |
| … | … | … |
| 50 | 0.207 | 0.793 |




*Figure 2. The probability of having at least one oil spill ≥100,000 bbl increases over time.*

49. We can also use the model and parameter estimates from Ji to find the return level and annual probability associated with a specified return period. Most relevant for our purposes, we can define the 50-year project lifetime as the return period and find the associated return level.

50. Mathematically, the formula (another algebraic rearrangement of the formula from Ji at AR67348)[8] to obtain the return level for a given annual probability of occurrence is:

$$x = \frac{\sigma}{\gamma}\left[\left(\frac{-1}{\ln(1-p)}\right)^{\gamma} - 1\right] + \mu$$

where, using Ji's parameter values, $\mu = 2.442$, $\sigma = 0.839$, and $\gamma = -0.073$. AR67348–49. A return period of 50 years corresponds to $p = 1/50 = 0.02$ per year. The equation produces a result of $x$,

[8] *See* Addendum, attached hereto below, for the multi-step algebraic rearrangement.

which is the $\log_{10}$ of the return level spill volume: $x = \log_{10}(\text{return level})$. We convert $x$ to the return level with the equation: return level = $10^x$. *See* note 7 (explaining $\log_{10}$ calculations).

51. Using the parameters estimated by Ji, the formula above produces a return level for a 50-year return period of 195,000 bbl. This means that Ji's model expects at least one spill of ≥195,000 bbl to occur in the Gulf of Mexico in the next 50 years. This value corresponds to Ji's Figure 4 ("Return levels under different return periods"). AR67365. The curve in the graph is the model fit by Ji. The return level is the value on the vertical axis (which is plotted on a $\log_{10}$ scale) showing the height of the curve at the corresponding return period on the horizontal axis. Below, I have reproduced Figure 4 from Ji and superimposed a blue shaded rectangle on the figure to help show the intersection of the return level at a return period of 50 years.




*Figure 3. Reproduction of fig. 4 from Ji (AR67365) showing calculated values based on the observed data (open circles) and fitted GEV model (curved line). The superimposed blue rectangle highlights how to find the modeled return level given a return period of 50 years.*

## IV. CONCLUSION

52. If the GEV model fit by Ji is correct, the estimate of a 165-year return period means there is a 26.2% chance of at least one ≥1,000,000-barrel spill in the next 50 years. The upper and lower bounds of Ji's 95% confidence interval for the return period (41 to >500 years) indicate that the chance of such a spill over 50 years is between 9.5% and 70.9%. Ji's model fit also means there is a 79.3% chance of at least one ≥100,000-barrel spill. And it means that in the 50-year timeframe of the BiOp, at least one ≥195,000-barrel spill and five ≥16,000-barrel spills should be expected. To the extent that Ji's model is correct, the full complement of information it can provide about a range of expected oil spill sizes is relevant to spill risk over the 50-year timeframe in the BiOp.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 26th day of May, 2022 at Seattle, Washington.

Susan C. Lubetkin

Susan Lubetkin

**ADDENDUM**

Footnote 6:

To arrive at this equation,

$$\frac{1}{1-\ exp\left\{-\left[1+\frac{\gamma}{\sigma}(x-\ \mu)\right]^{\frac{-1}{\gamma}}\right\}}$$

we need to re-write the GEV formula (1) from Ji, which is:

$$F(x) = exp\left\{-\left[1+\frac{\gamma}{\sigma}(x-\ \mu)\right]^{\frac{-1}{\gamma}}\right\},$$

where *F(x)* is the probability of not exceeding the value *x* in any given year, and is analogous to the probability of success. Thus, the probability of exceeding *x* is the probability of failure, found by subtracting *F(x)* from 1:

$$p(failure) = 1 - p(success) = 1 - F(x) = 1 - exp\left\{-\left[1+\frac{\gamma}{\sigma}(x-\ \mu)\right]^{\frac{-1}{\gamma}}\right\}.$$

The return period is the reciprocal of the probability of failure in any given year, so

$$\text{Return period} = \frac{1}{p(failure)} = \frac{1}{1-F(x)} = \frac{1}{1-exp\left\{-\left[1+\frac{\gamma}{\sigma}(x-\ \mu)\right]^{\frac{-1}{\gamma}}\right\}}$$

Footnote 8:

To arrive at this equation,

$$x = \frac{\sigma}{\gamma}\left[\left(\frac{-1}{\ln(1-p)}\right)^{\gamma} - 1\right] + \mu$$

we need to re-write the GEV formula from Ji such that it's in the form "*x* = …". This requires several steps, each of which must be applied to both sides of the equation. Recall from footnote 6 that

$$p(failure) = 1 - exp\left\{-\left[1+\frac{\gamma}{\sigma}(x-\ \mu)\right]^{\frac{-1}{\gamma}}\right\}$$

Thus

$$1 - p(failure) = exp\left\{-\left[1+\frac{\gamma}{\sigma}(x-\ \mu)\right]^{\frac{-1}{\gamma}}\right\}$$

If we take the natural log of each side, we get

$$\ln(1 - p(failure)) = -\left[1 + \frac{\gamma}{\sigma}(x - \mu)\right]^{\frac{-1}{\gamma}}$$

which is equivalent to

$$-\ln(1 - p(failure)) = \left[1 + \frac{\gamma}{\sigma}(x - \mu)\right]^{\frac{-1}{\gamma}}$$

We then can take the reciprocals of each side, so

$$\frac{-1}{\ln(1 - p(failure))} = \left[1 + \frac{\gamma}{\sigma}(x - \mu)\right]^{\frac{1}{\gamma}}$$

Then raise each side to the power γ

$$\left(\frac{-1}{\ln(1 - p(failure))}\right)^{\gamma} = 1 + \frac{\gamma}{\sigma}(x - \mu)$$

Next we subtract 1 from each side

$$\left(\frac{-1}{\ln(1 - p(failure))}\right)^{\gamma} - 1 = \frac{\gamma}{\sigma}(x - \mu)$$

And multiply each side by the reciprocal of γ/σ

$$\frac{\sigma}{\gamma}\left[\left(\frac{-1}{\ln(1 - p(failure))}\right)^{\gamma} - 1\right] = x - \mu$$

And, finally, add μ to each side

$$\frac{\sigma}{\gamma}\left[\left(\frac{-1}{\ln(1 - p(failure))}\right)^{\gamma} - 1\right] + \mu = x$$

# EXHIBIT A

S U S A N C. L U B E T K I N, P h D
922 Nob Hill Ave N, Seattle, Washington 98109 (206) 719-4730
susan.c.lubetkin@gmail.com

## WORK EXPERIENCE

*Independent analyst, now as the principle of Elemental Statistics* June 2015-present
Elemental Statistics is a boutique environmental statistics consulting firm that specializes in third party technical review of environmental permitting documents, often for projects involving fossil fuels or mining.

*Selected reports and analyses for clients*

Alaska Mining Spills: A comparison of the predicted impacts described in permitting documents and spill records from five major operational hardrock mines. 569 pp. Completed in November 2021; released in April 2022.

Critical review of the oil spill risk analysis as presented in the Cook Inlet Planning Area Oil and Gas Lease Sale 258 in Cook Inlet, Alaska Draft Environmental Impact Statement and Oil Spill Risk Analysis: Cook Inlet Planning Area OCS Lease Sale 258 (Revised) OCS Report BOEM 2021-061. 122 pp. December 2021.

Critical review of the oil spill risk analysis as presented in the proposed rule concerning incidental take of walruses and polar bears in the Beaufort Sea and adjacent lands, 2021-2026. 45 pp. July 2021.

Technical review of the offshore oil spill risk analysis in Appendix L of the Texas GulfLink Deepwater Port license application draft environmental impact statement. 38 pp. January 2021.

Review of the transportation corridor risks of hazardous materials spills in the proposed Stibnite Gold Project draft environmental impact statement.197 pp. October 2020.

A review of Pebble Project Final EIS Section 4.24, Fish Values: PHABSIM/HABSYN model estimates of salmonid usable habitat areas in the presence of Pebble Mine are baseless. Co-written with Gordon Reeves, PhD. 216 pp. August 2020.

A review of Pebble Project Final EIS Section 4.27, Spill Risk: current data compilations and consequences of probability analyses. 223 pp. August 2020.

Technical review of the spill risk analyses in the Sea Port Oil Terminal Deepwater Port Project Draft Environmental Impact Statement. 37 pp. March 2020.

*Instructor, University of Washington* January–December 2014

- Nomination for a Distinguished Teaching Award, December 2014, University of Washington
- Quantitative Science (QSci) 482: Statistical Inference in Applied Research I: Hypothesis Testing and Estimation for Ecologists and Resource Managers (Fall 2014, Summers 1999, 2000)
- Quantitative Ecology and Resource Management (QERM) 514: Analysis of Ecological and Environmental Data (Spring 2014)
- QSci 486: Analysis of Designed Experiments (Winter 2014)

## RESEARCH POSITIONS

September 2011- February 2013
University of Washington Seattle, Washington

Post-doctoral research assistantship with Evelyn Lessard (School of Oceanography) using nonparametric multiplicative regression to characterize the environmental variables best for predicting harmful algal blooms of *Pseudo-nitzschia* spp. and the production of domoic acid in the Pacific northwest.

September 2008 – May 2010
University of Washington Seattle, Washington

Post-doctoral research assistantship with Judith Zeh (Department of Statistics) modeling bowhead whale baleen length and body length at age with several canonical growth models. This involved fitting nonlinear models to multivariate data and using bootstrapping procedures to then estimate the ages of whales with known baleen and/or body lengths.

September 1997- June 1998
National Oceanographic and Atmospheric Administration Seattle, Washington

Research assistantship with Sarah Hinckley modeling nutrient-phytoplankton-zooplankton dynamics along the coastal Gulf of Alaska

## EDUCATION

2008 University of Washington Seattle, Washington

Ph.D., Quantitative Ecology and Resource Management (QERM): Using annual cycles of stable carbon isotope ratios with baleen and body length data from bowhead whales (*Balaena mysticetus*) to estimate whale age and explore anomalous years

My dissertation was focused on modeling the growth of bowhead whales, using stable isotope patterns in non-linear mixed effects (NLME) models and nonlinear regression techniques.

1997 University of Washington Seattle, Washington

M.S., QERM: Multi-source mixing models: food web determination using stable isotope tracers

I developed a model to use stable isotopes to estimate primary production and other nutrient flows through estuarine food webs.

1994 Harvey Mudd College Claremont, California

B.S., Biology

## PUBLICATIONS

*Peer reviewed articles and book chapters*

George, J.C., S. C. Lubetkin, J. E. Zeh, J. G. M. Thewissen, D. Wetzel, and G. Givens. 2021. Chapter 21 - Age estimation. Pp. 309-322 in J. C. George and J. G. M. Thewissen, eds., *The Bowhead Whale* Balaena mysticetus: *Biology and Human Interactions*. Academic Press.

Lubetkin, S.C. 2020. The tip of the iceberg: three case studies of spill risk assessments used in environmental impact statements. *Marine Pollution Bulletin.* Available online January 31, 2020. https://doi.org/10.1016/j.marpolbul.2019.110613

Lubetkin, S. C., Zeh, J. E., and George, J. C. 2012. Statistical modeling of baleen and body length at age in bowhead whales (*Balaena mysticetus*). *Canadian Journal of Zoology*. 90: 915-931.

Lubetkin, S. C., Zeh, J. E., Rosa, C., and George, J. C. 2008. Age estimation for young bowhead whales (*Balaena mysticetus*) using annual baleen growth increments. *Canadian Journal of Zoology*. 86: 525-538.

Lubetkin, S. C. and Simenstad, C. A. 2004. Two multi-source mixing models using conservative tracers to estimate food web sources and pathways. *Journal of Applied Ecology 41*: 996-1008.

Schindler, D. E. and Lubetkin, S. C. 2004. Using stable isotopes to quantify material transport through food webs. Pp. 25-42 in Gary A. Polis, Mary E. Power, and Gary R. Huxel, eds., *Food Webs at the Landscape Level*. University of Chicago Press.

Schindler, D.E., Chang, G. C., Lubetkin, S. C., Abella, S. E. B., and Edmondson, W. T. 2002. Rarity and functional importance in a phytoplankton community. Pp. 206-220 in Peter Kareiva and Simon A. Levin, eds., *The Importance of Species*. Princeton University Press.

## MEETING PRESENTATIONS, WORKSHOPS

Lubetkin, S.C. 2020. The tip of the iceberg: three case studies of spill risk assessments used in environmental impact statements. Poster at the Alaska Marine Sciences Symposium, January 27-30, 2020.

September 22-23, 2016, Washington, DC. Science and Tools for Developing Arctic Marine Protected Area Networks: Understanding Connectivity and Identifying Management Tools. Invited participant to the Arctic Council, Protection of the Arctic Marine Environment (PAME) scientific working group.

Lubetkin, S. C., and Lessard, E. J. 2013. Habitat modeling of *Pseudo-nitzschia* distribution and toxicity in the coastal waters of the northwest Pacific using non-parametric multiplicative regression. Poster at the 7th Annual Harmful Algal Bloom Symposium, Sarasota, Florida, October 2013.

Lubetkin, S. C., and Lessard, E. J. 2013. Habitat modeling of *Pseudo-nitzschia* distribution and toxicity in the coastal waters of the northwest Pacific using non-parametric multiplicative regression. Oral presentation at the Association for the Sciences of Limnology and Oceanography meeting, New Orleans, Louisiana, February 2013.

Lubetkin, S. C., and Zeh, J. E. 2006. Deriving age-length relationships for bowhead whales (*Balaena mysticetus*) using a synthesis of age estimation techniques. Paper SC/58/BRG14 presented to the International Whaling Commission Scientific Committee, June 2006.

Lubetkin, S. C., Zeh, J. E., Rosa, C., and George, J. C. 2004. Deriving von Bertalanffy age-length relationships for bowhead whales (*Balaena mysticetus*) using a synthesis of age estimation techniques. Paper SC/56/BRG3 presented to the IWC SC, June 2004.

Lubetkin, S. C. 2000. Bowhead whale age determination: extending estimates from baleen stable isotope signatures. Oral presentation at the 4th Meeting of the Society of Marine Mammalogy Northwest Student Chapter. University of Washington, Seattle, Washington, April 29, 2000.

Lubetkin, S. C. and Simenstad, C. A. 1997. Food web determination using a multiple stable isotope mixing model. Poster at the 14th Biennial Estuarine Research Federation International Conference: The State of Our Estuaries. Providence, Rhode Island, October 12-16, 1997.

November 7-9, 1996, Savannah, Georgia. Land Margin Ecosystems Research Program Workshop. (Participant with Charles Simenstad.)

February 3-6, 1996, Woods Hole, Massachusetts. Land Margin Ecosystems Research Program Workshop. (Participant with Charles Simenstad.)