# Exhibit 2

**Proposed Lease Sale 261 Stipulation Language in**
***Sierra Club, et. al. v. National Marine Fisheries Service* Litigation (8:20-cv-03060-DLB)**

Add new B.4. to Stip 4 Protected Species (available at https://www.boem.gov/sites/default/files/documents/oil-gas-energy/leasing/Sale-259-Stipulations_1.pdf) to require additional measures in the Expanded Rice's Whale Area:

4. During the reinitiated consultation with NMFS (requested by BOEM and BSEE on October 25, 2022) and until a new or amended BiOp is issued, implement the following measures for all oil and gas activities occurring between the 100- to 400-m -isobaths across the northern Gulf of Mexico on the OCS, eastward from the Mexican border with Texas and westward of the Rice's Whale Core Area identified in the 2020 BiOp (Expanded Rice's Whale Area, **Figure 1**):

  a. Vessel operators and crews must maintain a vigilant watch for Rice's whales and slow down, stop their vessel, or alter course, as appropriate and regardless of vessel size, to avoid striking any Rice's whale. Visual observers monitoring the vessel strike avoidance zone (500 m) may be either third-party observers or crew members, but crew members responsible for these duties must be provided sufficient training to distinguish aquatic protected species to broad taxonomic groups. If transiting within the Expanded Rice's Whale Area (as described in this paragraph), operators must document details of the transit (e.g., date time, Automatic Identification System (AIS) data or tracklines, port, vessels) and other information necessary to demonstrate compliance with the provisions of this stipulation. Other specific requirements for documentation are described below in paragraph (f).

  b. All vessels, regardless of size, must observe at all times a 10-knot or less, year-round speed restriction in the Expanded Rice's Whale Area. This restriction does not apply when compliance would place the safety of the vessel or crew, or the safety of life at sea, in doubt. To the maximum extent practicable, lessees and operators should avoid transit through the Expanded Rice's Whale Area after dusk and before dawn, and during other times of low visibility to further reduce the risk of vessel strike of Rice's whales.

  c. All vessels must maintain a minimum separation distance of 500 m from Rice's whales. If a whale is observed but cannot be confirmed as a species other than a Rice's whale, the vessel operator must assume that the whale is a Rice's whale and take appropriate action.

  d. All vessels 65 feet or greater associated with oil and gas activity (e.g., source vessels, chase vessels, supply vessels) must have a functioning AIS onboard and operating at all times as required by the U.S. Coast Guard. If the vessel does not require AIS, BOEM strongly encourages lessees and operators to obtain and use AIS and, at minimum, the lessee or operator must document relevant information, including trackline (e.g., time and speed) data and visual marine mammal sightings, during every crossing between the 100- to 400-m -isobaths across the northern Gulf of Mexico on the OCS. Lessees and operators must document vessel names and call signs.

e. If an operator or lessee is in violation of these conditions/protocols, the operator or lessee must generate a record of said noncompliance and present the report, within 24 hours the noncompliance, to BSEE by emailing protectedspecies@bsee.gov. The title of the email should include "Transit through Expanded Rice's Whale Area."

f. Lessees and operators must maintain records necessary to document their compliance with the measures required under paragraph (4), including any reasons why it is impracticable for the lessees or operators to avoid transit after dusk and before dawn, or during other periods of low visibility. Lessees and operators must retain the records necessary to document compliance, for at least 3 years from the date of the activity or activities subject to paragraph (4). The records must be made available to BOEM and BSEE for inspection, upon request.



**Figure 1.  Expanded Rice's Whale Area**