**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SIERRA CLUB, et al.,<br>Plaintiffs,<br>v.<br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br>Defendants,<br>and<br>AMERICAN PETROLEUM INSTITUTE, et al.,<br>Intervenor-Defendants. | No. 8:20-cv-03060-DLB |

**SECOND DECLARATION OF SUSAN LUBETKIN, PH.D.**

I, Susan Lubetkin, declare as follows:

1. I previously submitted a declaration with Plaintiffs' Motion for Summary Judgment in this matter explaining statistical assumptions, results, and implications of Zhen-Gang Ji et al., *Statistics of Extremes in Oil Spill Risk Analysis*, 48 Env't Sci. & Tech 10,505 (2014). My qualifications are provided in that declaration and its attached curriculum vitae. The Court admitted that declaration on January 9, 2024.

2. Defendants and Intervenors have submitted declarations that raise new issues and questions with respect to my explanations. I offer this declaration in response to clarify some of my earlier explanations and address the implications of those issues for my earlier explanation. The views expressed here are entirely my own.

**A. Issues Raised Concerning Confidence Intervals**

3. Dr. Glasgow asks what I intended to convey when I wrote "any value within a confidence interval can be reasonably expected to occur." Glasgow Decl. ¶ 20. In the most basic terms, I meant, "Any value in the confidence interval cannot be ruled out as unreasonable," where the definition of reasonable is set by the width of the confidence interval, whether that interval is set at 95% or some other value. I did not mean to suggest every value in the confidence interval has an equal probability being the true return period.

4. In statistical terms, that means that any number in the (100% - $\alpha$) confidence interval could not be rejected for a Type I error rate $\alpha$. When a study is estimating the most likely value based on the data (as in Ji et al. (2014), the 100% – $\alpha$ confidence interval around the estimate gives the range of all values that are consistent with the observed data at the stated value of $\alpha$. The Type I error rate is the probability of wrongly excluding a value that could be correct. The value for $\alpha$ is chosen before fitting the model to the data and is based on the tolerance for making that error in the context of the study. Five percent is fairly standard, but some studies where there is little tolerance for error, like medical trials, will use a value as small as 1% or 0.5%.

5. The confidence interval in Ji et al. (2014) of 41 years to >500 years gives the range of values that could not be rejected using the applicable Type I error rate.

6. It is not clear what Type I error rate Ji et al. (2014) used because it is inconsistent in presenting whether the 41 to >500-year confidence interval is a 90% confidence interval or a 95% confidence interval. For purposes of my first declaration, I took the textual description in Ji et al. (2014) of its confidence interval as a 95% confidence interval (first full paragraph on p. 10509) as true. That would capture the middle 95% of possible values for the return period, with

2.5% in either tail—a 5% Type I error rate. However, the results presented in Tables 1 (reproduced herein as Table 1) and 2 in Ji et al. (2014) use a 90% confidence interval: they both refer to 5 and 95% as the limits of the range, which means 5% of the distribution is in each tail with 90% in the interval—a 10% Type I error rate. It is not possible to know what size confidence interval Ji et al. (2014) used given the discrepancy.

7. Dr. Glasgow is correct that the likelihoods of return periods decrease as they get farther from the maximum likelihood estimate of 165 years. As Dr. Glasgow explains, a smaller 90% confidence interval would encompass fewer "less likely parameter values" than a 95% confidence interval, pointing out that Eckle et al. (2012) used a 90% confidence interval. Glasgow Decl. ¶ 16.

8. The discussion of confidence intervals also requires a clarification on my use of the term "worst-case scenario" in my first declaration, which I had quoted from Eckle et al. (2012). Eckle et al. (2012) were writing for an international scientific audience, not for an ESA analysis. Mathematically, we know with 100% confidence that the return period for spills >1,000,000 bbl is between 1 and an infinite number of years. From that standpoint, the worst-case scenario is that the return period is at the lowest point of that range and is therefore 1 year. When Eckle et al. (2012) state, "To be conservative, the lower limit of the uncertainty interval around the return frequency interval would need to be considered as a basis for decision making as this worst case cannot be excluded by this statistical analysis," it means that the lower bound of the confidence interval is the worst case of the values that statistically cannot be ruled out, not that it is the worst case that could occur in theory. The same holds true for the analysis from Ji et al. (2014). Forty-one years is the worst-case outcome within the confidence interval and therefore that cannot be rejected at Ji et al.'s (2014) Type I error rate, but not the worst-case

outcome theoretically possible.

**B. Issues Raised with the Scope of the Data in Ji et al. (2014)**

9. Although the biological opinion (at AR14000) interprets the 165-year return period from Ji et al. (2014) to predict "an extremely large event due to a well-control incident in the Gulf of Mexico," Dr. Ji and Dr. Glasgow correctly point out that the EVT model in that study was for the whole OCS.

10. Dr. Ji asserts that "[a]n analysis focused on" just the GOM would produce a "significantly" lower spill risk estimate. Ji Decl. ¶ 6. Because he does not specify what type of analysis he is referring to and does not provide any mathematical explanation or evidentiary support for that assertion, there is no way to evaluate whether it is accurate.

11. However, there are two ways to qualitatively look at the available data in the record to get a sense for how much of a difference there might be in spill risk between the GOM and broader OCS.

12. First, we can look at the relative number and volume of oil spills in the GOM and the OCS. There were 37 oil spills ≥1,000 bbl reported in the OCS between 1964–2012 (ABS Consulting, Inc., 2016, AR88473–567). Of those, only one (1/37 = 2.7%) did not occur in the GOM, a release of 80,000 bbl in the Santa Barbara Channel in 1969 that represents 1.5% of the volume spilled in releases >1,000 bbl (Table 2). A very simplistic framing of the GOM large spill risk would be that it is ~98% of the rate of the OCS risk, which splits the difference in the percentage of number (97.3%) and volume (98.5%) of spills >1,000 bbl in the GOM compared to the OCS.

13. Second, we can also look at how spill data used by Ji et al. (2014) to fit their model would change if we replace the Santa Barbara spill with the corresponding GOM spill from that year (because Ji et al. (2014) used the annual maximum spill sizes for each year).

Figure 1 below illustrates how the data would look with and without the Santa Barbara spill included. To display the data, I used the same method as Ji et al. (2014) to rank the annual maximum spills by volume (Table 2 below).[1] We can get a sense for how well the model from Ji et al. (2014) would fit the adjusted data without the Santa Barbara spill by overlaying that study's model curve (the black curved line, which is identical in both Figure 1a and 1b). Statisticians evaluate goodness-of-fit by quantitatively measuring the vertical distances between the observed data (the points) and the modeled results (the line). The closer the points are to the fitted line in the vertical direction, the better. Qualitatively, it appears in Figure 1 that the model from Ji et al. (2014) is a better fit to the GOM data than to the OCS data, with the caveat that Figure 1 is meant to be illustrative only. The only way to quantitatively determine the effect of using only GOM data with precision would be to run the model on the data set Ji et al. (2014) used, which are not publicly available, but with GOM values substituted for the years when the maximum spills were in non-GOM waters. Given the available data, however, it does not appear the modeled return period for spills >1,000,000 bbl would change substantially if based only GOM data.

[1] I provide more detail on how I constructed Figure 1 using data in the record and the parameter values from Ji et al. (2014) in the addendum at the end of this declaration.




*Figure 1. Annual maximum oil spills ≥1,000 bbl from the a. OCS and b. GOM from 1964-2012 plotted against their observed return periods. The orange dots show the 1969 maximum value from the OCS (in a) and the GOM (in b). Data from ABS Consulting, Inc. (2016). The black curve is the return period-return level relationship found using the parameters fit to the OCS data by Ji et al. (2014). The estimated value for the >1,000,000 bbl return period is indicated by where the black curve crosses the horizontal red line (165 years). The largest tick mark on the x-axis is 200 years.*

14. There are two potential reasons the model from Ji et al. (2014) may align more closely with the GOM data in Figure 1. First, while Ji et al. (2014) had no minimum limit on the volume of spills they used, no spills less than 1,000 bbl are included in Figure 1 because those data are not part of the available record—ABS Consulting, Inc. (2016) only has data on spills 1,000 bbl and larger.

15. Second, Ji et al. (2014) appears to have fit the EVT model using an estimate of ~2,000,000 bbl for the *Deepwater Horizon (DWH)* event, while Figure 1 uses the volume of 4,900,000 reported for that spill in ABS Consulting, Inc. (2016) and the BiOp (AR13513, 13989). Figure 1 in Ji et al. (2014) depicts the observed spill data in chronological order. Figure 4 in Ji et al. (2014) depicts the observed data in ranked size order (return period-return level pairs, as open circles) used in fitting the model. The *y*-axes in both figures show spill volumes on a $\log_{10}$ scale. I proportionately scaled Ji et al.'s (2014) Figure 1 and Figure 4 so the *y*-axis scales match (Figures 2a and 2b, respectively, in this declaration) to compare the observed data points. The *DWH* event is clearly identifiable in both figures because it is the largest observed data point by more than an order of magnitude. The heights of the *DWH* circles in Ji et al. (2014) Figures 1 and 4 do not match. Its value depicted in Figure 1 in Ji et al. (2014) (Figure 2a) appears to be the 4.9 million bbl estimate. Its value depicted in Figure 4 in Ji et al. (2014) (Figure 2b) appears to be closer to 2,000,000 bbl on the log scale ($\log_{10}(2{,}000{,}000) = 6.3$). Thus, it appears Ji et al. (2014) fit the GEV model (represented by the slightly curved line in their Figure 4) using a much smaller volume for the *DWH* spill than the observed volume described in the BiOp and depicted in Figure 1 in Ji et al. (2014).

16. As shown in Ji et al. (2014), using a substantially smaller volume for the largest observed spill (i.e., *DWH*) produces a longer return period estimate for spills >1,000,000 bbl. Ji

et al. (2014) tested how much the model estimates of >1,000,000 bbl return periods changed with the *DWH* incident, without it, and with a release volume of 10,000,000 bbl for *DWH.* The return period estimate was 86 years if *DWH* had released 10,000,000 bbl and 165 years if the *DWH* released the volume used in the model (Table 1 in Ji et al. 2014, reproduced herein as Table 1). Thus, if model used a *DWH* volume around 2,000,000, as it appears from their Figure 4, then the estimated return period if the model instead used a 4,900,000 bbl release volume would likely fall between the 10 MMbbl case (86 years) and the *DWH* case (165 years). Such a change in the model fit would show up graphically as the top part of the black line (the Ji et al. (2014) model line) in my Figure 1 shifting to the left, closer to the *DWH* data point that is alone at the top of the figures, and crossing the 1,000,000 bbl threshold at a lower return period. Again, this exercise is meant to be qualitative. The only way to get a precise estimate of the return period with a different *DWH* volume is to run the model.

*Table 1. Reproduction of Ji et al. (2014) Table 1. Return Periods of Catastrophic Oil Spills in OCS Areas.*

| Case | Return period (years) | Confidence interval (years) (5-95%) |
|---|---|---|
| *DWH* | 165 | From 41 to >500 |
| No *DWH* | >500 | >500 |
| 10 MMbbl | 86 | From 20 to >500 |




a. b.

*Figure 2. a. A screen shot of Figure 1 from Ji et al. (2014) showing the volumes of the largest spill in each year from 1964–2012 as open circles. b. A screen shot of Figure 4 from Ji et al. (2014) showing the observed volumes in order from smallest to largest on the y-axis against their return periods on the x-axis. The two figures have been aligned and proportionately scaled so that the y-axes for volume match. The line, arrows, and text in blue were added by Lubetkin. Ji et al. (2014) states the open circles in b (Figure 4 from Ji et al. 2014) "are calculated on the basis of the observations, and the curve is from the GEV distribution calculated." The volume of the largest event used in the GEV model fit by Ji et al. (2014) is inconsistent between their Figure 1 and their Figure 4, suggesting that the value used in fitting the GEV model was closer to 2,000,000 bbl than to 4,900,000 bbl.*

**C. <u>Conclusion</u>**

17. Confidence intervals give the range of values that cannot be statistically refuted based on the observed data at a specified Type I error rate. Not all values within a confidence interval are equally likely. My explanation of the 41 to >500-year confidence interval for the return period of spills >1,000,000 bbl was based on values given by Ji et al. (2014), although it is unclear if those values are a 90% or 95% confidence interval.

18. While the GOM is smaller than the OCS, an examination of spill records shows that there is very little difference in historical spill risk between the two. Although the exact return period for the GOM would have to be estimated based on its complete spill record, which is not available in the record for this case, it appears unlikely that excluding the Santa Barbara spill would have a substantial effect on the estimated return period for spills >1,000,000 in the GOM compared to the OCS. It is likely that the 165-year return period for >1,000,000 bbl spills in the OCS shown in Ji et al. (2014) is based on a spill volume of ~2,000,000 bbl for the *DWH* rather than the volume of 4,900,00 bbl cited in the BiOp. If that is the case, the estimated return period using the larger volume for *DWH* is between 86 and 165 years and consequently, the probability of a >1,000,000 bbl spill in the OCS during the BiOp's timeframe would be higher than the 26.2% I calculated in my first declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of March, 2023, at Seattle, Washington.

Susan C. Lubetkin

Susan Lubetkin

**ADDENDUM**

Ji et al. (2014) based their return period estimates on 49 years of spill maximum data (1964-2012), which are not available in the record. Data from the same years are available in ABS Consulting, Inc. (2016) (which is in the record) for oil spills >1,000 bbl. The data are first presented here by ranking the annual maximum spills in order of size, with Rank 1 = largest spill (Table 2). Next, the spills are shown with their observed return periods, where return period = 49 years/Rank (Table 2 and Figure 1). That is, spills ≥4,900,000 bbl happened once in 49 years and have an observed return period of 49 years. The second largest observed spill was 160,638 bbl, which occurred in 1967. Spills ≥160,638 bbl happened twice in 49 years and have an observed return period of 49 years/2 spills= 24.5 years/spill.

The GEV model could be used to fit a curve through the observed spill volumes and observed return periods, finding maximum likelihood values for the location ($\mu$), scale ($\sigma$), and shape ($\gamma$) parameters. The best estimates of $\mu$, $\sigma$, and $\gamma$ are then used to calculate return levels for each return period (or vice versa). Table 3 shows the return level-return period pairs that can be found using the parameters from Ji et al. (2014) in their Equation 1 for $F(x, \mu = 2.442, \sigma = 0.839, \gamma = -0.073)$, which is the probability that the annual spill maximum value is less than $x$ where $x = \log_{10}$(spill volume in bbl). For simplicity, I will abbreviate $F(x, \mu = 2.442, \sigma = 0.839, \gamma = -0.073)$ as $F(x)$. The probability that a spill $\geq x$ occurs in any year is $1 - F(x)$, and the return period is $1/(1 - F(x))$. (Slight discrepancies between the stated return period-return level pairs in Table 3 compared to Tables 1 and 2 in Ji et al. (2014) may have arisen from the number of significant digits reported and rounding error.) The return period-return period pairs from this model are used to draw the black curves on Figures 1a and 1b.

*Table 2. Annual maximum oil spills ≥1,000 bbl from 1964-2012 from ABS Consulting (2016). Not all years had a spill ≥1,000 bbl. The data are presented for the OCS (first four columns) and for the GOM (second four columns). The shaded rows indicate where the 1969 oil spill maxima falls in the OCS and in the GOM. The total volumes include other oil spills ≥1,000 bbl that occurred from 1964-2012 because multiple years (indicated with asterisks) had multiple spills >1,000 bbl. For example, in 1970 there was a 65,000 bbl spill in February and a 53,000 bbl spill in December, both of which occurred in the GOM. The 53,000 bbl spill was not an annual maximum and would not be used in fitting the GEV model using annual blocks.*

| OCS Annual Maximum Spills | | | | GOM Annual Maximum Spills | | | |
|---|---|---|---|---|---|---|---|
| Year | Volume (bbl) | Rank | Observed return period (years) | Year | Volume (bbl) | Rank | Observed return period (years) |
| 2010 | 4,900,000 | 1 | 49.0 | 2010 | 4,900,000 | 1 | 49.0 |
| 1967 | 160,638 | 2 | 24.5 | 1967 | 160,638 | 2 | 24.5 |
| 1969* | 80,000 | 3 | 16.3 | 1970* | 65,000 | 3 | 16.3 |
| 1970* | 65,000 | 4 | 12.3 | 1974* | 19,833 | 4 | 12.3 |
| 1974* | 19,833 | 5 | 9.8 | 1988 | 15,576 | 5 | 9.8 |
| 1988 | 15,576 | 6 | 8.2 | 1990* | 14,423 | 6 | 8.2 |
| 1990* | 14,423 | 7 | 7.0 | 1973* | 9,935 | 7 | 7.0 |
| 1973* | 9,935 | 8 | 6.1 | 1998* | 8,212 | 8 | 6.1 |
| 1998* | 8,212 | 9 | 5.4 | 1969* | 7,532 | 9 | 5.4 |
| 1968 | 6,000 | 10 | 4.9 | 1968 | 6,000 | 10 | 4.9 |
| 1964* | 5,180 | 11 | 4.5 | 1964* | 5,180 | 11 | 4.5 |
| 1981 | 5,100 | 12 | 4.1 | 1981 | 5,100 | 12 | 4.1 |
| 1994 | 4,533 | 13 | 3.8 | 1994 | 4,533 | 13 | 3.8 |
| 1976 | 4,000 | 14 | 3.5 | 1976 | 4,000 | 14 | 3.5 |
| 1999 | 3,200 | 15 | 3.3 | 1999 | 3,200 | 15 | 3.3 |
| 2000 | 2,240 | 16 | 3.1 | 2000 | 2,240 | 16 | 3.1 |
| 1992 | 2,000 | 17 | 2.9 | 1992 | 2,000 | 17 | 2.9 |
| 2005* | 2,000 | 18 | 2.7 | 2005* | 2,000 | 18 | 2.7 |
| 2004 | 1,720 | 19 | 2.6 | 2004 | 1,720 | 19 | 2.6 |
| 1965 | 1,688 | 20 | 2.5 | 1965 | 1,688 | 20 | 2.5 |
| 1979 | 1,500 | 21 | 2.3 | 1979 | 1,500 | 21 | 2.3 |
| 2009 | 1,500 | 22 | 2.2 | 2009 | 1,500 | 22 | 2.2 |
| 1980 | 1,456 | 23 | 2.1 | 1980 | 1,456 | 23 | 2.1 |
| 2008 | 1,316 | 24 | 2.0 | 2008 | 1,316 | 24 | 2.0 |
| Total volume (bbl) | 5,413,676 | | | Total volume (bbl) | 5,333,676 | | |

*Table 3. Sample calculations of return level-return period pairs for the OCS using the model fitted in Ji et al. (2014) Equation 1 with $\mu = 2.442$, $\sigma = 0.839$, and $\gamma = -0.073$. Spill volumes are rounded to the nearest bbl. Return periods are rounded to the nearest year.*

| Spill volume (bbl) | $x = \log_{10}$(Spill volume) | Probability (annual maximum spill $< x$) = $F(x, \mu, \sigma, \gamma)$ | Probability (annual maximum spill $\geq x$) = $1 - F(x, \mu, \sigma, \gamma)$ | Return period = $1/(1 - F(x, \mu, \sigma, \gamma))$ (years) |
|---|---|---|---|---|
| 1,000 | 3 | 0.6031 | 0.3969 | 3 |
| 1,778 | 3.25 | 0.6918 | 0.3082 | 3 |
| 3,162 | 3.5 | 0.7662 | 0.2338 | 4 |
| 5,623 | 3.75 | 0.8261 | 0.1739 | 6 |
| 10,000 | 4 | 0.8729 | 0.1271 | 8 |
| 17,783 | 4.25 | 0.9086 | 0.0914 | 11 |
| 31,623 | 4.5 | 0.9352 | 0.0648 | 15 |
| 56,234 | 4.75 | 0.9547 | 0.0453 | 22 |
| 100,000 | 5 | 0.9687 | 0.0313 | 32 |
| 177,828 | 5.25 | 0.9787 | 0.0213 | 47 |
| 316,228 | 5.5 | 0.9857 | 0.0143 | 70 |
| 562,341 | 5.75 | 0.9905 | 0.0095 | 105 |
| 1,000,000 | 6 | 0.9938 | 0.0062 | 160 |
| 1,778,279 | 6.25 | 0.9960 | 0.0040 | 248 |
| 3,162,278 | 6.5 | 0.9974 | 0.0026 | 391 |
| 5,623,413 | 6.75 | 0.9984 | 0.0016 | 624 |
| 10,000,000 | 7 | 0.9990 | 0.0010 | 1,013 |