UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SIERRA CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, et al., <br><br> Defendants, <br> and <br><br> AMERICAN PETROLEUM INSTITUTE, et al., <br><br> Intervenor-Defendants. | No. 8:20-cv-03060-DLB |

DECLARATION OF GEORGE SCHMAHL

I, George Schmahl, declare as follows:

1. I am over 18 years old, and I am competent to testify. The information in this declaration is based on my personal experience and my review of publicly available information.

2. I am 70 years old and currently reside in Galveston, Texas. I have lived here for 18 years. From 1999 until my retirement in 2023, I was employed with the National Oceanic and Atmospheric Administration (NOAA) as the Superintendent of the Flower Garden Banks National Marine Sanctuary. The Sanctuary protects portions of 17 reefs and banks located about 80 to 125 miles off the coasts of Texas and Louisiana in waters ranging from 65 to over 700 feet deep. These units together create a chain of protected habitats in the northwestern Gulf of Mexico consisting of a wide variety of underwater structures including seafloor topographic features, ridges, troughs, and hard bottom habitat created primarily by subsurface salt domes.

The sanctuary includes everything from shallow water coral reefs, algal-sponge communities, to deeper mesophotic reefs supporting black coral, octocoral, and algal nodule habitats. A map of this area helps to underscore both the size and variety of these special places.



3.      In my personal life, I have been a member of Turtle Island Restoration Network (TIRN) since the early 1990s. TIRN is a non-profit organization founded in 1989 and is dedicated to protecting and conserving marine wildlife. TIRN engages in multiple activities to protect, advocate, educate and enhance the scientific knowledge of marine species, including threatened and endangered species. TIRN works to protect, conserve, and preserve the Gulf of Mexico's marine ecosystems, and in particular the protection of endangered Rice's whales and endangered and threatened sea turtles.

4.      As a member, I rely on TIRN to represent my interests in conserving and

protecting species in their native habitat and fully support the organization's mission of protecting the ocean and marine wildlife from extinction. I rely on TIRN to protect my interests by advocating for better protection for all of the Gulf's wildlife, but particularly its threatened and endangered species protected by the Endangered Species Act.

5.   The Gulf of Mexico and its wildlife have been and continue to be a huge part of my professional and personal life. In my professional capacity, I have spent hundreds of days offshore visiting and exploring these banks on research and management trips. I have been privileged to see a variety of wildlife on these trips, both above and below the surface, including marine mammals and large whales, which draw special attention given their relative low densities in the Gulf of Mexico. I feel incredibly lucky to have built such a deep understanding of the natural wonders of this part of the Gulf of Mexico—a region that is too often overlooked or underappreciated for the vast array of wildlife that lives here. In my view, the Gulf deserves so much more protection than it currently receives.

6.   In my personal life, since 1999, I have spent anywhere from 30-60 days a year in and on the Gulf of Mexico pursuing a wide variety of interests including boating, surfing, scuba diving and swimming, photography, and conducting research on topics of personal interest. I plan to continue all of these activities for as long as I can. In the near-term, for example, I am excited to continue my regular visits to Flower Garden Banks as a volunteer SCUBA diver for NOAA. I have recently completed the required paperwork and intend to be certified as a volunteer diver, allowing me to participate in research and resource management dive trips in the Sanctuary, which I plan to start doing with a trips in the summer of 2024, and estimate that I will continue to do at least six times a year. I will continue to pursue this certification and diving trips in the summer of this year.

7. The enjoyment I get from all of my activities depends on a heathy and vibrant Gulf of Mexico where all components of the ecosystem can thrive, including the most vulnerable species like the Rice's whales and sea turtles. The endangered and threatened species are a barometer of the Gulf's health. Rice's whales, for example, serve as umbrellas that cover and protect many other species—measures that protect these whales also benefit other species like sea turtles, dolphins, corals, and fish that are also an irreplaceable part of the fabric of this region.

8. This is why I consider the endangered Rice's whale to be an essential component of a healthy and vibrant Gulf. Regardless of whether I am out for professional or personal reasons, looking for these whales whenever I am in their habitat in the vicinity of Flower Garden Banks NMS is integral to my enjoyment of being on the water. Just the possibility that I might be able to spot one of these whales makes every trip worthwhile—not to mention far more exciting. About two-thirds of the 17 units in the Sanctuary include waters that are either partially or wholly within the 100-400 meter isobath region where Rice's whales are most frequently seen. While I have spotted many marine mammals in and near these Sanctuary waters on past visits, I have yet to get close enough to one of the large whales I have seen to positively identify it as a Rice's whale. But I remain optimistic that one of my trips will give me the opportunity to experience a confirmed sighting of this incredibly special and rare Gulf resident. The next time I'm out and every time after that I will continue to look for Rice's whale. I sincerely wish that other visitors to this special place will also have the chance to see a Rice's whale in the wild.

9. The Gulf of Mexico has been harmed by decades of offshore oil and gas drilling. And while that has affected many species and the overall quality of the environment, the Rice's whale stands out. The Deepwater Horizon oil spill alone caused a 22% population decline for

this already dwindling species. And the everyday effects of drilling, like noise from vessels and geophysical exploration, smaller oil spills and other pollution, and ship strikes from oil and gas related vessel traffic all continue to harm this species to the extent that the National Marine Fisheries Service listed it as endangered in 2019. I am aware that the whales remain critically endangered such that the National Marine Fisheries Service has found that losing just one of the remaining approximately 51 individuals in this species would push it to extinction.

10. With this backdrop, any measures that can reduce either the amount of new drilling or mitigate its effects are vital to protect the whales, especially now that we now know that the whales' habitat extends throughout the northern Gulf in waters 100-400 meters deep. It gives me some hope that the whales can begin to recover to remain a vital part of the Gulf marine ecosystem that I enjoy. Mitigative measures or reduction of oil and gas activities would also benefit many of the other species, like loggerhead sea turtles, hawksbill sea turtles, leatherback sea turtles, giant manta rays, whale sharks, and mesophotic coral communities, that make Flower Garden Banks and the surrounding parts of the Gulf that I visit special to me.

11. Rice's whales are also very susceptible to being struck and injured or killed by vessels. I understand that the National Marine Fisheries Service classifies vessel strikes as among the primary risks to Rice's whales and that anywhere from 33-40% of the vessels transiting Rice's whale habitat are associated with oil and gas exploration and development.

12. I understand that TIRN, along with other environmental non-profit organizations, are suing the National Marine Fisheries Service (NMFS) over its Programmatic Biological Opinion for oil and gas activities associated with the outer continental shelf oil and gas program in the Gulf of Mexico. The lawsuit claims NMFS violated the Endangered Species Act (ESA) and Administrative Procedure Act (APA) by issuing a biological opinion that arbitrarily

concludes that an extremely large spill will not result from the oil and gas program, misrepresents the harm inflicted by oil spills, and overlooks many factors that address the harm to numerous marine species and habitats. I depend on NMFS to follow the law, adequately determine the destruction to marine wildlife in the Gulf of Mexico from oil and gas activities, and implement all necessary preventative and mitigative measures.

13. Unless NMFS complies with the law, the harm from oil and gas activities will lead directly to more unfettered offshore drilling in the whales' habitat and more seismic surveys, unregulated vessel traffic, and other activities that significantly increase the risk that one or more Rice's whales will be injured or killed— significantly increasing the chances the whale will go extinct. This would deeply affect my personal and professional interests, since it would reduce the chances that I may be able to encounter these rare whales in the wild on my trips to their habitat and significantly reduces the enjoyment I get from my recreational and other activities in their habitat. As I explained earlier, these whales are part of the fabric of the Gulf and are an essential component of the healthy ecosystem at the core of my enjoyment of this place I have called home and worked to protect for 24 years.

14. I believe that harm to the Rice's whales and thus to my professional, recreational, and aesthetic interests in the whales can be remedied if NMFS were compelled to prepare a new biological opinion that comprehensively analyzes all the harms to threatened and endangered species in the Gulf and sets out mitigative measures to ensure the survival and recovery of these species.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on March 14, 2024, in Galveston, Texas.

*George P. Schmahl*

George P. Schmahl