IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SIERRA CLUB, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> AMERICAN PETROLEUM INSTITUTE, *et al.*, <br><br> *Intervenors-Defendants*. | No. 8:20-cv-03060-DLB <br><br> Hon. Deborah L. Boardman |

**CHEVRON U.S.A. INC.'S NOTICE OF APPEAL**

Notice is hereby given that Chevron U.S.A. Inc. appeals to the United States Court of Appeals for the Fourth Circuit from this Court's August 19, 2024 order, ECF No. 205.

September 11, 2024

Respectfully submitted,

/s/ Dana A. Raphael
Catherine E. Stetson (*pro hac vice*)
Sean Marotta (*pro hac vice*)
Dana A. Raphael (D. Md. Bar No. 30434)
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5600
cate.stetson@hoganlovells.com
sean.marotta@hoganlovells.com
dana.raphael@hoganlovells.com

Sarah C. Bordelon (*pro hac vice*)
HOLLAND & HART LLP
5441 Kietzke Ln #200
Reno, NV 89511

1

(775) 327-3000
scbordelon@hollandhart.com

Nikesh Jindal (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave. N.W., Suite 200
Washington D.C. 20006
(202) 661-7800
njindal@kslaw.com

*Counsel for Intervenor-Defendant Chevron U.S.A. Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2024, I electronically filed the foregoing using the CM/ECF system, which will send notification of this filing to the attorneys of record.

<u>/s/ Dana A. Raphael</u>
Dana A. Raphael