TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
BRIDGET K. McNEIL, Assistant Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace – Suite 370, Denver, CO 80202
Tel: (202) 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SIERRA CLUB, et al., | * |
| Plaintiffs, | * |
| v. | * |
| NATIONAL MARINE FISHERIES SERVICE, et al., | *  No. 8:20-cv-03060-DLB |
| Defendants, | * |
| and | * |
| AMERICAN PETROLEUM INSTITUTE, et al., | * |
| Defendant-Intervenors. | * |

### DEFENDANTS' MOTION TO ALTER OR AMEND THE JUDGMENT
**(Expedited Consideration Requested)**

Pursuant to Federal Rule of Civil Procedure 59(e), Defendants National Marine Fisheries Service and Janet Coit, in her official capacity as Assistant Administrator for NOAA Fisheries, (collectively, "NMFS") respectfully move to alter or amend the Court's August 19, 2024 judgment and order requiring vacatur of the challenged 2020 biological opinion by December 20, 2024. ECF

1

No. 205 at 2. As explained in the attached memorandum, NMFS has reviewed the scope of the Court's summary judgment order and opinion, and, in light of its resource constraints and the time required to issue a biological opinion addressing the court's order and opinion, has determined that it is unable to complete the ongoing reinitiated consultation by December 20, 2024. While the Court did not order NMFS to complete consultation and issue a new biological opinion by December 20, 2024, it did order that the challenged 2020 biological opinion be vacated on that date. Doing so without the benefit of a new biological opinion in place at that time will result in substantial disruption to ongoing permitted activities across the Gulf of Mexico with potential knock-on effects to domestic energy production and species conservation. Additionally, NMFS has additional information about the work necessary to complete the consultation and the time required to do so. The full scope and extent of this information was not available at the time of summary judgment briefing and, because the Court denied Defendants' request for additional briefing on remedy (*see* ECF No. 175-1 at 53 n.16), a Motion to Alter or Amend Judgment under Rule 59(e) is the appropriate vehicle to provide this information to the Court. Accordingly, NMFS moves the Court to extend the December 20, 2024 vacatur deadline until May 21, 2025, when it can issue the new biological opinion. Should the Court grant this motion, NMFS will provide status updates to the court regarding its progress every 60 days beginning on December 15, 2024.

Counsel for Defendants has conferred with counsel for the other parties on this matter.[1] Plaintiffs' counsel has indicated that they will take a position on the motion after reviewing the

---

[1] When Defendants conferred with counsel, they informed them that NMFS would be seeking an extension of the vacatur deadline until August 31, 2025. Since that conferral, NMFS has worked to identify additional resources to complete the new biological opinion, resulting in the refined May 21, 2025 date that is the subject of our motion. Counsel for Defendants communicated this refined date to counsel for the other parties on September 15, 2024.

papers and will respond to the motion in accordance with the court's local rules. Defendant-Intervenors' counsel has indicated that Defendant-Intervenors do not oppose this motion.

Under Local Civil Rule 105(2)(a), Plaintiffs' response, if any, to Defendants' motion is due on or before September 30, 2024. Defendants intend to file a reply in support of their motion no later than October 7, 2024. Defendants respectfully request a decision on their motion from the Court no later than October 21, 2024.

Dated: September 16, 2024

                                            Respectfully submitted,

                                            TODD KIM, Assistant Attorney General
                                            S. JAY GOVINDAN, Section Chief
                                            BRIDGET K. McNEIL, Assistant Section Chief

                                            */s/ Davis A. Backer*
                                            DAVIS A. BACKER, Trial Attorney
                                            United States Department of Justice
                                            Environment & Natural Resources Division
                                            Wildlife & Marine Resources Section
                                            999 18th Street, South Terrace, Suite 370
                                            Denver, Colorado 80202
                                            Tel: (303) 844-1898
                                            Fax: (202) 305-0275
                                            Email: davis.backer@usdoj.gov

                                            *Attorneys for Defendants*